1:26-mc-849

FILED
HARRISBURG, PA
SEP 08 2026
PER ____ DEPUTY CLERK

# Declaration of Status of Dustin-Tillman :Gant

"**Legal Papers**" Consisting of Sixteen Verified Affidavits and
Five Verified Unilateral Contracts Under Seal (Total of 111 Pages)

## Restoration of Former Status

From Being a Public "United States" citizen
Nationally-owned "U.S. citizen" as of March 9, 1933,
Holding the *de facto,* Artificial Status of being a Corporate Citizen

To Becoming Once Again Postliminy

**A Pre-March 9, 1933, Private Citizen of the United States**
**Private American National/Non- "U.S. citizen"**

Pursuant to Section 1, Fourteenth Amendment;
Constitution for the United States of America

***"Art thou called being a servant? Care not for it:***
***But if thou mayest be made free, use it rather."***
***I Corinthians 7:21***

Dustin-Tillman :Gant, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States/
Private American National / Non-"U.S. citizen"
Pre-March 9, 1933, Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
12123 County Road 727
Webster, Florida
ZIP Code Excepted [*33597*]

# Table of Contents


**Table of Contents** 7 pages

**Introduction:** **Affidavit 1 of 16:** Introduction and Summation of Historical Background for American Citizenship Status

**Proves** the Counter-Reformation Conspiracy Plot of the **Society of Jesus** to alter American "**Federal**" Citizenship Status, through the Fourteenth Amendment to the Constitution, making Citizenship "**National**" thereby centralizing power in the City of Washington in 1868, and then Ousting Limited Constitutional **Civilian Government** by Imposing Unlimited **Emergency War Powers Military Government** in the District of Columbia ("Rome on the Potomac") in 1933, The new *de jure* National Republic to be Ruled as a *de facto* "Holy Roman" Fourteenth Amendment, pro-Socialist-Communist, Cartel-Capitalist American Empire Ruled for the benefit of The Pope of Rome directing the Empire's Commander in Chief Personally overseen by certain Jesuits of the Fourth Vow at Georgetown University in Washington, D.C., Fordham University in New York City and Loyola University in Chicago 10 pages

**Main Document:** **Affidavit 2 of 16: Declaration of Status of Dustin-Tillman :Gant**
**Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen"** 7 pages

**Exhibit 1:** **Affidavit 3 of 16:** Acknowledgment and Acceptance of Life and Name of **Dustin-Tillman :Gant**

**Proves** the legal existence of the Lawful Man *in esse*, *sui juris* and *in propria persona*, identified by his Upper-and Lower-case Common Law Name of his Nativity 3 pages

**Exhibit 2:** Verified Unilateral Contract Under Seal, 1 of 5
Deed of Acknowledgement and Acceptance With Consideration

**Proves** Acceptance of the Deed / Certificate of Live Birth With Attached "**Annex A**"—Copy of Certificate of Live Birth 3 pages

**Exhibit 3:** **Verified Unilateral Contract Under Seal, 2 of 5**
Release With Consideration—*Nunc Pro Tunc Ab Initio*

**Proves** the Separation between the Constitutional Natural person/Private American National Citizen and the Statutory Artificial "**person**" / Public "U.S. citizen" created on March 9, 1933, With Attached "**Annex A**"—Copy of "Certificate of Live Birth" — 5 pages

**Exhibit 4:** **Affidavit 4 of 16**: Rescission of Signatures of Suretyship *Nunc Pro Tunc Ab Initio*

**Proves** that Private American National Citizen has never Provided signature of suretyship for the Public "U.S. citizen"; All previous signatures of suretyship now signatures of agency — 3 pages

**Exhibit 5:** **Affidavit 5 of 16**: Disclaimer of Implied Trusteeship or Quasi Trusteeship for Legal Fiction "DUSTIN TILLMAN GANT"

**Proves** the Man, **Dustin-Tillman :Gant** is no longer Trustee, Fiduciary, Surety, Lessee, Obligor or Custodian for said Legal Fiction, "DUSTIN TILLMAN GANT" — 3 pages

**Exhibit 6:** **Affidavit 6 of 16**: Resignation of Registered Agent **Dustin-Tillman :Gant** for Legal Fiction "DUSTIN TILLMAN GANT"

**Proves** the Lawful Man, **Dustin-Tillman :Gant**, is no longer Registered Agent for the "**Person,**" or "Legal Fiction" "DUSTIN TILLMAN GANT" — 2 pages

**Exhibit 7:** **Affidavit 7 of 16**: Name Correction; Restoration of Given Christian Name as Opposed to Statutory Name Change

**Proves** Renunciation of Roman Civil Law ALL CAPS NAME and Restoration of given Common Law Christian Name (A Legal name Change is recommended to prove in any Legal proceeding that the name of the Lawful Man is **Dustin-Tillman :Gant** thereby---in theory---preventing the attachment of personal jurisdiction in both civil and criminal proceedings) — 3 pages

| | | |
|---|---|---|
| **Exhibit 8:** | **Affidavit 8 of 16**: Declaration of Private Citizen of the United States Private American National / Non-"U.S. citizen" Renunciation of Allegiance to temporary emergency war powers Military Governments, National and State; Private Citizen of Heaven<br><br>**Proves** Constitutional Status of Pre-March 9, 1933, Private American National Citizen | 3 pages |
| **Exhibit 9:** | **Affidavit 9 of 16**: Pre-March 9, 1933, Private American Citizen Protected by Articles 23 and 43 of the Lieber Code<br><br>**Proves** Pre-March 9, 1933, Private American Citizen is protected as a "**Private Citizen**" and as a "**Freeman**" by Articles 23 and 43 of the Lieber Code imposed by FDR on the then Forty-eight Union States of the American National Republic on March 9, 1933, via Proclamation 2040 | 4 pages |
| **Exhibit 10:** | **Affidavit 10 of 16**: Private American "National" Protected by The Hague Convention Treaty and 18 USC 2441(c)(2)<br><br>**Proves** Article 23(h) Protection of the "**National**"; for violation of the National's right to civilian due process of law constitutes a "**War Crime**" under **18 USC 2441(c)(2)** | 3 pages |
| **Exhibit 11:** | **Verified Unilateral Contract Under Seal, 3 of 5:** Acknowledgement and Acceptance of Oaths of Office to Support the Constitution of the United States of America — *Nunc Pro Tunc Ab Initio;* Notice of **Fee Schedule** for Imposition of Emergency War Powers Military Due Process of Law thereby Denying Affiant's Right to Civilian Due Process of Law protected by the Fifth and Fourteenth Amendments to the Constitution of the United States of America<br><br>**Proves** the Oaths of Office of all Legislative, Executive and Judicial Officers, National and State, have been Accepted and are now Personally Binding on all Public Servants of the temporary Emergency War Powers Military Governments, National and State | 3 pages |

**Exhibit 12:** **Verified Unilateral Contract Under Seal, 4 of 5:** Release and Discharge of Obligations to Impose Emergency War Powers Military Due Process of Law on the Lawful Man, **Dustin-Tillman :Gant**, as well as on the Legal Fiction/National Private Business Trust, "DUSTIN TILLMAN GANT"— *Nunc Pro Tunc Ab Initio*

**Proves** all legislative, executive and judicial officers, federal and state have been Released and Discharged of their Legal Obligations to impose Emergency War Powers Military Due Process of Law on the Lawful Man, **Dustin-Tillman :Gant,** as well as the Legal Fiction/Private Trust, "DUSTIN TILLMAN GANT" pursuant to the Trust Indenture within **Exhibit 15** — 3 pages

**Exhibit 13:** **Affidavit 11 of 16**: Notice to the Federal and State Courts to Abate Civil and Criminal Actions due to Misnomer or Want of Joinder of the Lawful Man with the Legal Fiction; Notice of **Fee Schedule** for Imposition of Emergency War Powers Military Due Process of Law thereby Denying Affiant's Right to Civilian Due Process of Law protected by the Fifth and Fourteenth Amendments to the Constitution of the United States of America

**Proves** Courts lack *In Personam* Jurisdiction over the Lawful Man, **Dustin-Tillman :Gant,** due to Misnomer and / or Want of Joinder of the Lawful Man with the Legal Fiction/Private Trust "DUSTIN TILLMAN GANT" — 4 pages

**Exhibit 14:** **Affidavit 12 of 16**: Concerning Court Reporter's Transcript of Proceedings, See attached eight (8) page Transcript (**Annex A**)

**Proves** the Federal Court in 1994 lacked *In Personam* Jurisdiction Over the Man, as Opposed to the Legal Fiction, resulting in the honest Judge Abating the Procedure — 10 pages

**Exhibit 15:** **Affidavit 13 of 16**: Declaration of Private Trust Arrangement

**Proves** Public Notice of a Private Trust Arrangement with a Master File Trust Account Number (See Annexes A, B, C, D, E with Attachment 1 and F) — 3 pages

| | | |
|---|---|---|
| **Exhibit 15, Annex A:** | **Verified Unilateral Contract Under Seal, 5 of 5**: Allonge attached to Apostilled "Certificate of Live Birth" of **Dustin-Tillman :Gant**<br><br>**Proves** the creation of a National Private Business Trust From a Dead Quasi-Corporate Sole without the Lawful Man/Surety | 4 pages |
| **Exhibit 15, Annex B:** | Copy of U.S. Treasury/IRS Form W-8BEN of **Dustin-Tillman :Gant; Affidavit 14 of 16**: Addendum to Treasury/IRS Form W-8BEN (4 pages)<br><br>**Proves** the **as foreign** status of Pre-March 9, 1933, Private Citizen of the United States / Private American National/ Non-"U.S. citizen" to the Emergency War Powers Military Governments, National and State | 5 pages |
| **Exhibit 15, Annex C:** | Copy of U.S. Treasury/IRS Form 56 of **Dustin-Tillman :Gant**<br><br>**Proves** Termination of Private American Citizen as Fiduciary **Proves** Appointment of U.S. President / Commander in chief and U.S. Secretary of Treasury as New Fiduciaries | 2 pages |
| **Exhibit 15, Annex D:** | Copy of U.S. Treasury/IRS Form 8822-B of **Dustin-Tillman :Gant**<br><br>**Proves** the Business Address and Name of New Responsible Party For National Private Business Trust "DUSTIN TILLMAN GANT" | 1 page |
| **Exhibit 15, Annex E:** | Copy of U.S. Social Security Administration Form SS-5<br><br>**Proves** the Social Security Number Account has been Updated for National Private Business Trust "DUSTIN TILLMAN GANT," the Lawful Man, **Dustin-Tillman :Gant**, now the "**Beneficiary**" | 1 page |
| **Exhibit 15, Annex E,** | **Affidavit 15 of 16**: Notice of Correction of Social Security Agreement Form SS-5 | |

| | | |
|---|---|---|
| **Attachment 1:** | **Proves Dustin-Tillman :Gant** is Agent of Record for his Principal, National Private Business Trust / Legal Fiction "DUSTIN TILLMAN GANT": XX-XXX**4015** | 4 pages |
| **Exhibit 15, Annex F:** | **Special and Private Trust Indenture for National Private Business Trust "DUSTIN TILLMAN GANT"**<br><br>**Proves** the Trust has all the qualifications to be treated as a Trust having a Sole Beneficiary, **Dustin-Tillman :Gant**; and the Offices of Two Trustees, being the Commander in chief And the Secretary of the Treasury, the Indenture setting forth the Trustee duties to be fulfilled on behalf of the Sole Beneficary | 5 pages |
| **Exhibit 16:** | **Affidavit 16 of 16: Claim of Equitable Title by Nature to Trust Property**<br><br>Proves that Pre-March 9, 1933, Private American National Citizen holds **Equitable Title by Nature** To all Resources and Property held in the Name and Estate of "DUSTIN TILLMAN GANT" by the Emergency War Powers Military Government of the United States during the temporary National Banking Emergency / State of War imposed by President Franklin D. Roosevelt's Proclamations 2039 and 2040, "approved and confirmed" by Congress through its "Emergency Banking Relief Act" (**12 USC 95a** moved to a footnote at **50 USC 4305(b)**) From March 9, 1933, to the Present (2024). | 4 pages |
| **The End** | | 1 page |
| **Total Pages** | | **111 pages** |

# The End

# Affidavit of Dustin-Tillman :Gant, 1 of 16
## Introduction and Summation of
## Historical Background to Private American Citizenship Status
## Pre-March 9, 1933, Private Citizen of the United States: American National

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982
***In judicio non creditor nisi juratis.*** *(In a trial, credence is given only to those who are sworn.)*
***Maxim: "Equity regards as done that which ought to have been done."***

Accordingly, I, **Dustin-Tillman :Gant**, *in esse* and *sui juris*, of lawful age to give testimony, being duly sworn, depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **Dustin-Tillman :Gant**, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private American National Citizens of the United States of America by imposing a State-created or Nationally-created, statutory, *de facto* **Public "U.S. citizenship"** via the Birth Certificate or Nationalization Certificate. This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "**Federal**" government to a *de jure* "**National**" government by means of the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Malta** and carried out by its **Scottish-Rite Masonic** agent, President Franklin "Augustus Caesar" Roosevelt, would "oust" thereby overthrowing the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the "**United States**" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto,* emergency war powers military **jurisdiction** of the United States (this "**United States**" being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship**," thereby enabling the constitutional *de jure* **jurisdiction** of the "United States" to be legally replaced with a statutory *de facto*, emergency war powers military **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Further, this overthrow of both *de jure* **Private American National Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress created on March 9, 1933—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states reduced to *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal / Political Power of the pope over the governments of all nations while subsequently militarizing those conquered or abandoned nations—as most recently occurred in Afghanistan (2021) when the Jesuits, ruling the Biden Administration, gave over eighty-five billion dollars in American weaponry to the Sunni Muslim Taliban.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933)

and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **military due process** would be adopted by the federal and state courts fitted for the newly-created, *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman / Public "U.S. citizens"** should be criminally and civilly subjected to a military due process imposed by their constitutionally-created civilian courts. This *de facto* military due process of law, if unchallenged by prima facie evidence proving the accused to be a Pre-March 9, 1933, Private American National Citizen of the United States of America and not a Post-March 9, 1933, Roman Public "U.S. citizen," would confer, in substance, military *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance Article I **territorial courts** of the Conqueror. These federal and state Courts, sitting in Article I, Section 8, Clause 11, Emergency War Powers Military Jurisdiction proceeding according to the course of American Admiralty Jurisprudence, would enforce the sovereign will of the *de facto* Emergency War Powers national Congress and state legislatures while proceeding against said "U.S citizen" being a mere creation of statute law / a **legal fiction.** The legal fiction, being the artificial person clothing the man, would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with, and enfranchised by, the state of his natural birth, thereby altering his constitutional, *de jure,* Pre-March 9, 1933, Private American National Citizenship status conferred at birth, or by naturalization, into a statutory, *de facto,* Post-March 9, 1933, Public National "U.S. citizenship" upon the public filing of a unilateral contract under seal in conjunction with the Commander in chief's seizure of every registered person, place and thing on March 9, 1933, which change in status would enable and obligate both federal and state Courts, sitting in a federally-conferred, Emergency War Powers Military Jurisdiction **(50 USC 4316)** proceeding according to the course of American Admiralty Jurisprudence (as each Defendant must have a Surety), to dispose of this matter, federal and/or state, criminal and/or civil.

Further, that unilateral contract under seal was the public filing of a "**Certificate of Live Birth**" or a "**Certificate of Naturalization**" deliberately patterned after the Roman Catholic "**Certificate of Baptism**" creating Vatican City-state citizenship. The American "**Certificate of Live Birth**" or "**Certificate of Naturalization**"—**by operation of law**—would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (for which its Private American National Citizen of

the United States would be Surety primarily liable), every court legally sits in an emergency war powers military jurisdiction (in which the rules of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to proceed according to the course of **American Admiralty** which in turn follows the maxims of **Roman Civil Law** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Pre-March 9, 1933, Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common-Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, would overthrow limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1745). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of **Roman Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode** and **Circumstance**.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth or Certificate of Naturalization, the substantive "Baptismal Certificate" of every nationally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for, and the held **Property** of, his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens"—with their registered **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's military, emergency war powers Proclamation 2039 which in fact overthrew the Sovereignty of "**We the People**" of the United States of America, reducing them to being mere **property** of Rome's *de facto*, emergency war powers military government sitting in "the District of Columbia," to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror / Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (***Proverbs 11:15***), and at variance and in conflict with the originally established courts of Common Law as well as the courts of exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Dustin-Tillman :Gant**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, and or the CERTIFICATE OF LIVE BIRTH, being in fact a unilateral contract under seal (functioning as a State-created, negotiable, commercial **Bill of Lading** with the registered "**goods**" being the natural born "**child,**" the "**carrier**" being the State of registration), was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob "**We the People**," which includes every individual Private American National Citizen, first of our national sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor; and,

2. WHEREAS, the secret-but-true purpose of the CERTIFICATE OF LIVE BIRTH, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract / quasi-contract between the state of the "**child's**" natural birth and the mother of the baby, the baby then deemed registered property of the National, *de facto* emergency war powers military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment); and,

3. WHEREAS, the true nature of the DATE OF FILING on the CERTIFICATE OF LIVE BIRTH, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person / **Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration of the "**child**" (commercial **"goods"** in interstate and foreign commerce) and filed with a public office of the "**child's"** state of live birth); and,

4. WHEREAS, the true nature of the DATE OF BIRTH of the "**child**" named on the CERTIFICATE OF LIVE BIRTH, is to commit the natural person / Private American National Citizen as **Surety** for, and **personal property** of, the artificial

person / Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, nationally-owned, man-person, **Public "U.S. citizen**";

5. WHEREAS, the CERTIFICATE OF LIVE BIRTH is a COMMERCIAL INSTRUMENT recorded with the Department of Homeland Security and sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen" as well as the naturalized citizen, i.e., the **Private American National Citizen**; and,

6. WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born** or **naturalized citizen / Private American National Citizen** having a CERTIFICATE OF LIVE BIRTH and a "source" of "income" is liable to the Franchise Tax Board of the State's Department of Revenue for income / excise / privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "**Federal Corporation**" of the United States (28 USC 3002(15)(A) via excise / income / privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission in 1984) which interest is owed to the Roman papacy's Federal Reserve Bank; and,

7. WHEREAS, this CERTIFICATE OF LIVE BIRTH, functioning as a COMMERCIAL INSTRUMENT, has hoodwinked **Private American National Citizen Dustin-Tillman :Gant**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* emergency war powers military jurisdiction of the United States created at first by the "**Emergency Banking Relief Act**" on March 9, 1933 (Section II containing a congressionally-amended WWI statute known as the "**Trading With the Enemy Act**") codified at 12 USC 95a-b, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 also decreed on March 9, 1933; and,

8. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in emergency war powers military jurisdiction proceeding according to the course of American Admiralty (**IN SUBSTANCE**), every

defendant having a surety primarily liable (pursuant to American Admiralty Jurisprudence), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **military due process** proceeding according to the course of **American Admiralty Jurisprudence** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer *in personam* military jurisdiction over the accused then forced to plead in a court imposing **emergency war powers military due process of law** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator / Commander in chief ruling the pope's American Empire from the District of Columbia ("Rome on the Potomac"); and,

**9.** WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **registered property** of, Public "U.S. citizen" "DUSTIN TILLMAN GANT" by means of a duly filed "**Release With Consideration—*Nunc Pro Tunc Ab Initio*,**" and "**Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,**" thereby returning to the former status once held by all American citizens being a Pre-March 9, 1933, Private American Citizen by operation of law now protected by Section One of the Fourteenth Amendment; and,

**10.** WHEREAS Affiant *in esse*, has irrevocably separated himself from the federally-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN" being a "United States business" **(15 USC 4724(e)(1)(A))** created by means of a publicly-filed CERTIFICATE OF LIVE BIRTH attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and / or Agency that Affiant may have granted to any third party, public and / or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the "**Emergency Banking Relief Act**" thereby amending the "**Trading With the Enemy Act**." Therefore, Affiant is not in commerce (as are corporations), never to enjoy any federal commercial privilege of limited liability as a matter of "United States citizenship" status (as do state chartered corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, national and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the federally-created hybrid, the federally-owned, Public "U.S. citizen" serving the District of Columbia for papal commerce and war; and,

**11.** WHEREAS, I, **Dustin-Tillman :Gant**, have returned to the former status enjoyed by all Americans prior to March 9, 1933, now being an American Freeman, American National and State National in exclusive Equity, i.e., a *de jure* Private National Citizen of the United States protected by section One of the Fourteenth Amendment and therefore stand "***in propria persona***," "***in esse***" and "***sui juris***," possessing all God-given, unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional fundamental rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National no longer under the legal disability of being the **Property** of, **Surety** primarily liable for and / or wedded to a *de facto,* federally-created business organization, Public "U.S. citizen" legally owned by the National, *de facto* Emergency War Powers Military Government of the United States; and,

**12.** WHEREAS, I, **Dustin-Tillman :Gant**, am no longer the **Property** of, **Surety** for and / or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (National and State) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto,* Public "U.S. citizen" deemed a "rebel, enemy, outlaw and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship / guardian-ward legal relationship of the *de facto,* Emergency War Powers Military Governments (National and State), as those absolute, paternal powers are exercised towards its "**infants, children and wards**," i.e., *de facto* Public "U.S. citizens"; and,

THEREFORE, <u>based upon the foregoing</u>, I, **Dustin-Tillman :Gant**, *in esse* and *sui juris*, do solemnly declare and affirm that:

**13.** I, **Dustin-Tillman :Gant**, holding the constitutionally-protected private right to **a civilian due process of law** on both a National and State level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **military due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within** the United States" deemed federal "booty of war," am **<u>as foreign</u>**, by nature and by characteristic, to the extra-constitutional, alien, *de facto,* "temporary," provisional, **Emergency War Powers Military Government** of the United States and owe no temporary allegiance to said "temporary" Emergency War Powers Military Government. Therefore, I am **<u>as</u>**

foreign, by nature and characteristic, to the extra-constitutional, alien, *de facto,* "temporary and provisional" **Emergency War Powers Military Government** of the State of Florida as well as the extra-constitutional, alien, *de facto,* "temporary," **Emergency War Powers Military Governments** of the other forty nine (49) States and owe no temporary allegiance to said "temporary" Emergency War Powers State governments, said extra-constitutional, alien, *de facto,* "temporary," **Emergency War Powers Military Governments** having been "temporarily" created by Congress (12 USC 95a, omitted from Title 12 and footnoted at 50 USC 4305(b)) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that day of most notable conquest and consent of the American People, in fact a Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having declared their independence from Great Britain through that monumental **Bill in Chancery**, the White Anglo-Saxon Protestant / Calvinist and Baptist / Declaration of Independence, and then subsequently ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am an **Heir** and beneficially-interested member.

This "**Declaration of Status of Dustin-Tillman :Gant: American Freeman; Pre-March 9, 1933, Private Citizen of the United States / Private American National,**" supersedes any previous filing with any public office of said Declaration of Status.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**County of Sumter** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

**Affidavit of Dustin-Tillman :Gant, 2 of 16**
**Declaration of Status of Dustin-Tillman :Gant**
**Pre-March 9, 1933, Private Citizen of the United States**
**Private American National / Non- "U.S. citizen"**

COMES NOW Affiant, **Dustin-Tillman :Gant**, *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that the following statements are true and correct to the best of his knowledge and experience:

1. I, **Dustin-Tillman :Gant**, am a living Lawful Man made in the image of God (**James 3:9**), born on the land of the County of Citrus, Nation / State of Florida, (**Exhibit 1**); and,

2. I, **Dustin-Tillman :Gant**, was given my Christian name "**Dustin-Tillman :Gant**" on the day of my nativity, **December 3, 1953**. I am known by no other name including the *nom de guerre* / name of war DUSTIN TILLMAN GANT or any derivative of that NAME (**Exhibit 1**); and,

3. I, **Dustin-Tillman :Gant**, am an Heir of the Posterity, one of "**We the People**," and Beneficiary of the constitutional Republic of the Nation / State of the State of Florida and of the constitutional Republic of the United States of America, holding the sacred right to **civilian due process of law** (i.e., Common Law and Equity) secured on federal and state levels by the Fifth Amendment and Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

4. I, **Dustin-Tillman :Gant**, have Acknowledged and Accepted my Certificate of Live Birth issued by the temporary emergency war powers military government of the State of Florida and federally franchised, via a Social Security Number, by the United States of America, thereby completing the national military government's gift of conveyance of the Record of Birth / Certificate of Live Birth to myself (**Exhibit 2**); and

5. I, **Dustin-Tillman :Gant**, by means of a duly filed "Release With Consideration" have released and disclaimed all legal interests of suretyship and quasi-trusteeship in my Estate held in the legal name of "DUSTIN TILLMAN GANT," a Florida Registered organization, State File No. **XX-029484 (Exhibit 3)**; and,

6. I, **Dustin-Tillman :Gant**, have rescinded all signatures of suretyship *Nunc Pro Tunc Ab Initio*, provided on behalf of "DUSTIN TILLMAN GANT," or any derivative of that *nom de guerre* / NAME of war, effective from the filing date of said Certificate of Live Birth on March 08,1993, now being signatures of agency by **Dustin-Tillman :Gant**, the Agent of Record and Sole Beneficiary of Legal Fiction "DUSTIN TILLMAN GANT," without recourse / without prejudice (**Exhibit 4**); and,

7. I, **Dustin-Tillman :Gant**, have disclaimed and refused every implied trusteeship and / or quasi-trusteeship, whether acting as fiduciary or custodian, ever unconsciously provided or presumed on behalf of corporate sole / Legal Fiction / statutory "U.S. citizen" "DUSTIN TILLMAN GANT," (including any derivative of the NAME thereof) be it public and / or private (**Exhibit 5**); and,

8. I, **Dustin-Tillman :Gant**, have resigned as the **Registered Agent** for Legal Fiction "DUSTIN TILLMAN GANT," (**Exhibit 6**); and,

9. I, **Dustin-Tillman :Gant**, have absolutely renounced, disclaimed, released, relinquished and abandoned the use of my assumed name, "DUSTIN TILLMAN GANT," and have resumed the use of my given Christian Name of **Dustin-Tillman :Gant** conferred on the day of my nativity and therefore I shall never consent to be, or to be legally joined to, either publicly and / or privately, as the surety / fiduciary / trustee / lessee or obligor for "DUSTIN TILLMAN GANT," "DUSTIN T, GANT," "GANT, DUSTIN T," or any other derivative of that *nom de guerre* / NAME of War (**Exhibit 7**); and,

10. I, **Dustin-Tillman :Gant**, am a Lawful Man / natural "person" and Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" defined exclusively by Section One of the Fourteenth Amendment to the Constitution of the United States of America, said status having been protected by the former, constitutionally-created, civilian government presently ousted as of March 9, 1933; and now, during the provisional, military government temporarily imposed by congressionally-approved and confirmed Proclamation 2040 on March 9, 1933, I, **Dustin-Tillman :Gant**, remain a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Pre-March 9, 1933, Private Citizen of the Union Nation / State of residence at Common Law and Equity and/or the Civil Law, protected by Section One of the Fourteenth Amendment of the Constitution for the United States of America (**Exhibit 8**); and,

11. I, **Dustin-Tillman :Gant**, hereby proclaim that the jurisdictional flags of my nations, National and State, are civilian flags / peace flags as opposed to **military colors / war flags** bordered on three sides with gold fringe and / or draped with gold cords with gold tassels as defined in Army Regulation 840-10; and,

12. **My laws** are my family *AV1611 King James Bible* (born out of **the risen Son of God's** Glorious Protestant Reformation that began the Modern Era of Western Civilization), the Constitution of the United States of America, the United States Statutes at Large, and the Maxims of American Common Law and Equity; and,

13. I, **Dustin-Tillman :Gant**, am not an "**alien, rebel, hoarder, belligerent, enemy, ally of enemy,** or **outlaw,**" publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Emergency War Powers Military Government having been imposed by Franklin D. Roosevelt's Presidential Proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which act also amended the "Trading with the Enemy Act" (50 USC App. 5(b) now footnoted at 50 USC 4305(b) as of 2015), on March 9, 1933; and,

14. I, **Dustin-Tillman :Gant**, am neither an "enemy" nor an "ally of enemy" or a "person" defined by the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) now 50 USC 4305(b)) as amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a now footnoted at 50 USC 4305(b)), nor defined by any other Federal and / or State statute promulgated by State and / or National emergency war powers military governments; and,

15. I, **Dustin-Tillman :Gant**, a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," am a natural "person" no longer clothed with Legal Fiction "DUSTIN TILLMAN GANT," said non-statutory, natural "**person**" exclusively defined by the Fifth Amendment and Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

**16.** I, **Dustin-Tillman :Gant**, am not a State-created, Nationally-insured, statutory "U.S. citizen" in commerce or at war; nor am I the surety / trustee / registered agent / accommodating party / lessee for statutory "U.S. citizen" DUSTIN TILLMAN GANT or any derivative of that NAME. Further, I am neither a Legal Fiction in substance nor clothed with the form of a Legal Fiction; for the private Man created by **God** (***Genesis 1:27-28***) is not the statutorily-created, public, quasi-artificial "PERSON" created by a state-issued Certificate of Live Birth; and,

**17.** I, **Dustin-Tillman :Gant**, a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," am protected by **Articles 23 and 43** of the **Lieber Code** (in effect within the United States under military occupation since March 9, 1933), **Article 23** protecting "**private citizens**" and **Article 43** protecting those having escaped the bondage of (voluntary) servitude deemed a "**freeman**" and protected by the occupying army of the Commander in chief headquartered in the District of Columbia (**Exhibit 9**); and,

**18.** I, **Dustin-Tillman :Gant**, a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," am protected by international law, i.e., the treaty known as the **Hague Convention** of 1907, **Article 23** distinguishing between "belligerents" and "nationals," the military commander in chief of this occupying military force to protect the constitutionally-secured, rights of the "**nationals,**" including the right to civilian due process of law, while waging war on said "belligerents," i.e., statutory "U.S. citizens" (**Exhibit 10**); and,

**19.** I, **Dustin-Tillman :Gant**, have accepted the Oaths of all legislative, executive, and judicial officers and trustees (including all police officers), National and State, to uphold the Constitution of the United States of America, including all treaties made in accordance therewith, as the supreme law of the land pursuant to Article VI, Sections 2 and 3, of the Constitution (**Exhibit 11**); and,

**20.** I, **Dustin-Tillman :Gant**, have Released and Discharged all legislative, executive and judicial officers and trustees (including all police officers), National and State, from the obligation of imposing any form of extra-constitutional, statutory, temporarily-imposed, emergency war powers military jurisdiction, including military due process of law (**Exhibit 12**); and,

**21.** I, **Dustin-Tillman :Gant**, hereby hold harmless and indemnify, by means of a private banknote / equitable asset of my National Private Business Trust "DUSTIN TILLMAN GANT," all legislative, executive and judicial officers and trustees (including all police officers), Federal and State, for not imposing said military due process of law that must result in abatement and / or dismissal by any court, National or State, relating to any and all actions, civil and / or criminal, public and private, concerning the Lawful Man, "**Dustin-Tillman :Gant**; and,

**22.** I, **Dustin-Tillman :Gant**, have noticed both National and State Courts to abate all civil and criminal actions imposing emergency war powers military due process and procedure (called "legal procedure" at "LAW"), as Affiant's Name, **Dustin-Tillman :Gant**, is not the defendant's NAME docketed in an all-capital-lettered NAME, being a *nom de guerre* / NAME of War, nor does Affiant consent to Joinder (voluntarily consenting to be joined to his Principal, Legal Fiction "DUSTIN TILLMAN GANT") in said actions (**Exhibit 13**); and,

**23.** I, **Dustin-Tillman :Gant**, have solemnly affirmed that a true copy of the Court Reporter's transcript attached hereto recorded that **John G. Davies**, an Article III United States District Judge, abated a civil action on March 21, 1994, brought against a certain Lawful Man presumed to be the defendant when that Lawful Man, in response to a "Rule to Show Cause," set forth his law, the civilian flag of the Nation / State of Florida and his given name spelled in upper and lower case letters, as opposed to the all-capital lettered-NAMED defendant, the honest Judge, bound by his oath to the Constitution and the evidence before him, stating this was a case of "mistaken identity" (**Exhibit 14**); and,

**24.** I, **Dustin-Tillman :Gant**, by means of a private trust arrangement, am the public Agent of Record without recourse / without prejudice and private Sole Beneficiary of my Estate, Legal Title thereto held by the Commander in chief in the Name of National Private Business Trust "DUSTIN TILLMAN GANT," the office of the President / Commander in chief of the emergency war powers military government of the United States and the office of the Secretary of the Treasury of the emergency war powers military government of the United States being the fiduciaries / trustees thereof (**Exhibit 15**); and,

**25.** I, **Dustin-Tillman :Gant**, do not **publicly** reside according to state statute within a state deemed a "**conquered territory"** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states), my special, private and confidential location of Residence at American Common Law and in American Equity on the land of the County of Sumter, being:

**Dustin-Tillman :Gant, American Freeman/State National**
Pre-March 9, 1933, Private American Citizen of the United States
Pre-March 9, 1933, Private American National / Non-"U.S. citizen"
Pre-March 9, 1933, Private Citizen of the State of Florida
Privately Residing on a Non-militarily occupied Estate at:

12123 County Road 727
Webster, Florida
ZIP Code Excepted [*33597*]

**26.** I, **Dustin-Tillman :Gant**, do not **publicly** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a "ZIP code" or a "Postal Code" in designating my private address on the land of the County of my private residence, both terms being synonymous; and,

**27.** I, **Dustin-Tillman :Gant**, by virtue of my Pre-March 9, 1933, Private American Citizenship Status and an express trust arrangement with my Principal, DUSTIN TILLMAN GANT(**Exhibit 15**), hold Equitable Title by Nature to my Estate, including all resources, assets and property, public and / or private, domestic and / or non-domestic, within and without the geographic United States of America composed of the Fifty States as well as its Territories, held in the Name of DUSTIN TILLMAN GANT Federal I.D. No. XX-XXX**4015**, by the provisional, emergency war powers military government of the United States (**Exhibit 16**).

Further Declarant Sayeth Not.

Further Declarant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant**who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

# Affidavit of Dustin-Tillman :Gant, 3 of 16
## Acknowledgment and Acceptance of Life and Name of "Dustin-Tillman :Gant"

COMES NOW Affiant, **Dustin-Tillman :Gant**, a man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. I, **Dustin-Tillman :Gant**, was naturally born on the land of the State of Florida and took my first breath of life on the Second day of March in the Year of the Lord Nineteen Hundred Ninety-three (March 2, 1993). On that day my natural and legal parents, **Dale-Lynn :Gant** and **Julia-Ann :Gant** gave me the name of "**Dustin-Tillman.**" Inheriting the family name of "**Gant**," I am "**Dustin-Tillman :Gant.**" My name is correctly spelled with both upper case and lower-case letters according to the English rules of grammar pertaining to the spelling of a proper name and family name / surname of a lawful, individual natural person; and,

2. I, **Dustin-Tillman :Gant**, am still alive and breathing dwelling on the land of the living and not lost in time, lost at sea or lost in space, having never been "merely dead," presumed dead, deceased, absent from my life's Estate, or intentionally abandoned by my natural and legal parents upon the day of my nativity. Since the day of my natural birth, I have never intentionally or unintentionally surrendered or abandoned any claims of **God-given life**, estate or claims to my given Christian name recorded in the Lamb's Book of Life (***Revelation 13:8; 20:15***). Further, I hereby **acknowledge and accept** my life, including my body, soul and spirit, (***I Thessalonians 5:23***) and hereby **acknowledge and accept** my name of **Dustin-Tillman :Gant**, written in the Lamb's Book of Life (***Revelation 3:5***), good against all the world; and,

3. I, **Dustin-Tillman :Gant**, am neither a member of the United States Armed Forces, nor am I an alien, rebel, hoarder, belligerent, enemy, ally of enemy, or outlaw publicly residing in an occupied territory under rule of a martial or military conqueror / commander in chief. Being a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," I am neither an "enemy" nor "ally of enemy" as defined by the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 2(c) now 50 USC 4302(c)), nor an individual, quasi-artificial "**person**" as defined by the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b) now 50 USC 4305(b)), as amended by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a having been moved to a footnote of 50 USC 4305(b)). Therefore, I am not, nor have ever been, nor ever intend to be the statutory, quasi-artificial person "DUSTIN TILLMAN GANT," "DUSTIN T, GANT " "GANT DUSTIN T" or "Dustin T, Gant" or any other derivation of said commercial NAME of war/*nom de guerre*. I am the Lawful Man made in the image of God identified by my name of **Dustin-Tillman :Gant**.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White,
personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.
I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

# Verified Unilateral Contract Under Seal, 1 of 5

## Deed of Acknowledgement and Acceptance With Consideration

## *Nunc Pro Tunc Ab Initio*

TO: STATE OF FLORIDA,
grantor/issuer/transferor/assignor
UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

IN RE: DUSTIN TILLMAN GANT, FLORIDA CERTIFICATE OF LIVE BIRTH, State File No. XX-**029484;** SSN/EIN: XXX-XX-**4015**

FROM: **Dustin-Tillman :Gant**, transferee/assignee/grantee, "Grantee"

BE IT KNOWN to all persons and men worldwide, and to the Grantor:

I, the undersigned, **Dustin-Tillman :Gant**, grantee/assignee/transferee herein, with intent and purpose, freewill act and deed execute this Deed of my Acknowledgement and Acceptance ***Nunc Pro Tunc Ab Initio*** in consideration of One lawful dollar as per the above-referenced CERTIFICATE OF LIVE BIRTH of "DUSTIN TILLMAN GANT" (see **Annex A**, attached herewith) under the terms of this Deed. Grantee orders that the record on file in a court of record be updated to show my acknowledgement and acceptance with consideration of said Deed.

***Maxim: "Equity regards as done that which ought to have been done."***

IN WITNESS whereof I have hereunto set my Hand and Seal, this 10 Day of July in the year of our Lord Two Thousand Twenty-Six (2026).

[signature]

**Dustin-Tillman :Gant**, Acceptor
12123 County Road 727
Webster, Florida
ZIP Code Excepted [*33597*]

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

A black and white copy of this document is not official.

# State of Florida

Department of State

I, Cord Byrd, Secretary of State,
do hereby certify that

***Kenneth "Ken" T. Jones***

was duly appointed

**State Registrar of Vital Statistics, State of Florida**

for a term beginning on the
First day of November, A.D., 2014,
until the present
as shown by the records of this office.

**Exhibit 2; ANNEX A: Page 3 of 4**

*Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2026.*

Secretary of State

The word "VOID" appears when photocopied.

DSDE 99 (2/12)



This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1993-029484** DATE ISSUED: **APRIL 21, 2026**

DATE FILED: **MARCH 8, 1993**

CHILD'S NAME: **DUSTIN TILLMAN GANT**

DATE OF BIRTH: **MARCH 2, 1993**

SEX: **MALE**

COUNTY OF BIRTH: **CITRUS COUNTY**

MOTHER'S NAME: **JULIA ANN VAUGHN**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **DALE LYNN GANT**

**Exhibit 2; ANNEX A: Page 4 of 4**

[signature], STATE REGISTRAR

APP: 2027079987
REQ: 2029100007

VOID IF ALTERED OR ERASED

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

GREAT SEAL OF THE STATE OF FLORIDA — IN GOD WE TRUST



DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

# Verified Unilateral Contract Under Seal, 2 of 5
## Release With Consideration—*Nunc Pro Tunc Ab Initio*

TO: STATE OF FLORIDA, Releasee/Obligor
UNITED STATES OF AMERICA, Releasee/Obligor

IN RE: Public U.S. Citizen "DUSTIN TILLMAN GANT," "DUSTIN T, GANT" "GANT DUSTIN T.," or "Dustin T Gant"

FROM: **Dustin-T :Gant**, *in personam,* and *in esse,* Releasor/Obligee

Resolved that *I*, **Dustin-T :Gant**, *in esse*, and *in personam*, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

1. That *I*, **Dustin-T :Gant**, expressly will and intend no longer to be Surety / Trustee / Lessee / Accommodating Party and / or Collateral Goods for the Florida Registered Organization / **Public U.S. Citizen** "DUSTIN TILLMAN GANT," "DUSTIN T GANT," "GANT, DUSTIN T.," or "Dustin T Gant" identified by SSN/TIN XXX-XX-**4015**, or any derivative of said commercial NAME and *nom de guerre* / Name of War thereof; and,

2. That *I*, **Dustin-T :Gant**, expressly will and intend to irrevocably terminate the guardian / ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of Florida, the historic fundamental rights of American Common Law and Equity Jurisprudences under the principles and Maxims of Equity and trust law where *I* am without any adequate remedy at Law and "in all matters in which there is any conflict or variance between the rules of Equity and the rules of Common Law with reference to the same matter, the rules of Equity shall prevail" (English Judicature Act of 1873); and,

3. That *I*, **Dustin-T :Gant**, presently a surety / trustee "U.S. citizen" and therefore a statutory resident of the State of Florida, expressly will and intend, upon the filing of this Release, to return to the former status held by all American citizens prior to March 9, 1933, that status being a lawful, **private individual** National Citizen of the United States of America, said status conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906) and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918); and,

4. KNOW ALL MEN BY THESE PRESENTS, That *I*, **Dustin-T :Gant**, in consideration of One lawful dollar, do absolutely and irrevocably release and disclaim ***Nunc Pro Tunc Ab Initio*** all interests of suretyship / trusteeship in, obligor for, and lessee relation to, the **Public U.S. Citizen** "DUSTIN TILLMAN GANT" created by the STATE OF FLORIDA and acknowledged and protected by the UNITED STATES OF AMERICA (severely and jointly hereinafter referred to as RELEASEES) on March 08, 1993 upon the public filing of a "CERTIFICATE OF LIVE BIRTH" (**Annex A**) and, upon a signed and federally-accepted SS-5 application, granted a federal privilege to be a federal, state, county or city government employee and / or a federal, state, county or city government public office holder, elected or appointed, being in intrastate, interstate and foreign commerce identified with the Social Security No. / Taxpayer Identification No.: XXX-XX-**4015**; and,

5. That *I*, **Dustin-T :Gant**, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES, federal and state officers and employees, of all duties and obligations relating to said interests effective immediately; and,

6. That *I*, **Dustin-T :Gant**, upon returning to my former status defined above, intend to be identified as an **Heir** and beneficial member of the **Posterity** for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "**We the People of the United States of America**," and therefore no longer in a guardian / ward legal relationship with the emergency war powers military governments of the United States and the State of my constitutional, private residence; and,

7. That *I*, **Dustin-T :Gant**, reserve all real and personal property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the State of Florida, as well as the historic American Common Law and Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of the Maxims of the Law of Contract, the Maxims of Equity and any relevant federal and/or state statutes; and,

8. That *I*, **Dustin-T :Gant**, shall hold the status of a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and Article twenty-three (23) of the treaty of the Hague Convention; and,

9. That *I*, **Dustin-T :Gant**, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "alien," "rebel," "hoarder," "belligerent," "enemy," "ally of enemy," or "outlaw" of the UNITED STATES OF AMERICA during its state of "temporary" national banking emergency and state of war, expressly intend to claim a purely beneficial interest by nature to my private Estate held in the name of "DUSTIN TILLMAN GANT," including all property, including "money," of my **trust account**, termed "**Special Trust Accounts**" by President Franklin D. Roosevelt in his Proclamation 2039 of March 6, 1933, also termed "**Individual Master File Trust Accounts**" by the Department of the Treasury's Analysis and Control Division of the Internal Revenue Service, these accounts having been first established by Congress with the consent of President Woodrow Wilson on October 6, 1917. Said trust account was established to hold property of an "**enemy**" or "**ally of enemy**" of the United States, the elements of which trust are articulated in **the Act**, named the "Trading With the Enemy Act." But said **Act** was subsequently amended by the "Emergency Banking Relief Act" on March 9, 1933, then to apply to all artificial persons and quasi-artificial individual persons, including "any person within the United States" . . . "subject to the jurisdiction thereof" as stated in said "Emergency Banking Relief Act." Said "person" is an alien / enemy / outlaw / artificial person; said "jurisdiction" is an emergency war powers military jurisdiction. No longer a "alien, rebel, hoarder, belligerent, enemy, ally of enemy, or outlaw" of the temporary emergency war powers military government ruling the Republic of the United States of America, my **Special Trust Account** administered under the name of "DUSTIN TILLMAN GANT" with attached Federal identification no. XXXXX**4015** is presently under the care of the President as Commander in chief, with the trustee powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury administered by the Treasurer.

***Maxim: "Equity regards as done that which ought to have been done."***

IN WITNESS whereof I have hereunto set my Hand and Seal, this 10 Day of July in the year of our Lord Two Thousand Twenty-Six (2026).

Dustin Tillman Gant

**Dustin-T :Gant**, Releasor
12123 County Road 727
Webster, Florida
ZIP Code Excepted [*33597*]

Pre-March 9, 1933 ★ Private Citizen of the United States ★ Private American National ★ Tribunal Residing on the Land at Common Law & Equity
YHWH

Further Affiant Sayeth Not.

**Dustin-T :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

A black and white copy of this document is not official.

# State of Florida

## Department of State

I, Cord Byrd, Secretary of State,
do hereby certify that

***Kenneth "Ken" T. Jones***

was duly appointed

**State Registrar of Vital Statistics,
State of Florida**

for a term beginning on the
First day of November, A.D., 2014,
until the present
as shown by the records of this office.

**Exhibit 3; ANNEX A: Page 5 of 6**

*Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2026.*

GREAT SEAL OF THE STATE OF FLORIDA
IN GOD WE TRUST

Secretary of State

DSDE 99 (2/12)

The word "VOID" appears when photocopied.

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

VOID IF ALTERED OR ERASED

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1993-029484**

DATE ISSUED: **APRIL 21, 2026**

DATE FILED: **MARCH 8, 1993**

CHILD'S NAME: **DUSTIN TILLMAN GANT**

DATE OF BIRTH: **MARCH 2, 1993**

SEX: **MALE**

COUNTY OF BIRTH: **CITRUS COUNTY**

MOTHER'S NAME: **JULIA ANN VAUGHN**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **DALE LYNN GANT**

**Exhibit 3; ANNEX A: Page 6 of 6**

Ken Jones, **STATE REGISTRAR**

**APP: 2027079987**
**REQ: 2029100007**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

GREAT SEAL OF THE STATE OF FLORIDA · IN GOD WE TRUST

DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

# Affidavit of Dustin-Tillman :Gant, 4 of 16

## Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. I, **Dustin-Tillman :Gant**, Affiant, hereby rescind and revoke ***Nunc Pro Tunc Ab Initio*** every signature of suretyship, **public and private**, ever provided by Affiant on behalf of the quasi-corporate sole / artificial person / statutory Public U.S. citizen "DUSSTIN TILLMAN GANT," created on March 8, 1993; and,

2. This **Rescission of Signatures of Suretyship**—***Nunc Pro Tunc Ab Initio*** extends to every **public** government contract be it federal, state, county and / or city. This rescission and revocation of **public** signatures of suretyship includes, but is not limited to, the initial Form SS-5 application for a social security number / taxpayer identification number; every individual and / or corporate tax return ever filed, be it federal, state, county and / or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and / or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and / or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**, every signature now being a **signature of agency without recourse / without prejudice by the Sole Beneficiary *Nunc Pro Tunc Ab Initio***; and,

3. This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and / or **private** investment evidencing a **signature of suretyship**, every signature now being a **signature of agency without recourse / without prejudice by the Sole Beneficiary *Nunc Pro Tunc Ab Initio***; and,

4. This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** is retroactive to the date of **March 8, 1993**, the date of the public filing and registration of Affiant's "Certificate of Live Birth" in the County of Citrus, State of Florida.

Further Affiant Sayeth Not.

Further Affiant Sayeth Not. Dustin-Tillman Gant

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White
Notary Public Signature

Notary Public Seal

All Rights Reserved Without Prejudice

# Affidavit of Dustin-Tillman :Gant, 5 of 16
## Disclaimer of Implied Trusteeship and/or Quasi-Trusteeship For Legal Fiction "DUSTIN TILLMAN GANT"
## *Nunc Pro Tunc Ab Initio*

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. I, **Dustin-Tillman :Gant**, with intent and purpose being a Pre-March 9, 1933, Private American Citizen of the United States, hereby disclaim and refuse ***Nunc Pro Tunc Ab Initio*** any implied trusteeship and / or implied quasi-trusteeship, **public and private**, ever knowingly or unknowingly provided by Affiant on behalf of United States quasi-corporate sole / artificial person / statutory Public U.S. citizen "DUSTIN TILLMAN GANT," including any variation of said commercial *nom de guerre* / Name of War, created on **March 08,1993**; and,

2. This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship—*Nunc Pro Tunc Ab Initio***—extends to every **public** government trust relation be it federal, state, county and / or city. This disclaimer and refusal of **public** trusteeship and / or quasi-trusteeship includes, but is not limited to, being the trustee / defendant in any legal action, criminal or civil; the initial application for a social security number / taxpayer identification number; every individual and / or corporate tax return ever filed, be it federal, state, county and / or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and / or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and / or state, as well as every driver's license, federal and / or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government trust relation, known and unknown, evidencing an implied trusteeship and / or quasi-trusteeship on behalf of Trustee, the United States quasi-corporate sole / Public U.S. citizen "DUSTIN TILLMAN GANT"; and,

3. This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship**—***Nunc Pro Tunc Ab Initio*** extends to every **private** trust relation. This disclaimer and refusal of **private** trusteeship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and / or **private** investment evidencing an implied trusteeship and / or quasi trusteeship on behalf of Trustee, the United States quasi-corporate sole / Public U.S citizen "DUSTIN TILLMAN GANT"; and,

4. This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship—*Nunc Pro Tunc Ab Initio***—concerning quasi-corporate sole "DUSTIN TILLMAN GANT," is retroactive to the date of **December 21, 1953**, the date of the public filing and registration of Affiant's Certificate of Live Birth in the County of Citrus of the State of Florida.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Catherine Michelle White
Notary Public Signature

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Seal

# Affidavit of Dustin-Tillman :Gant, 6 of 16
## Resignation of Registered Agent, the Lawful Man, Dustin-Tillman :Gant, Concerning his Principal, Legal Fiction "DUSTIN TILLMAN GANT"
## *Nunc Pro Tunc Ab Initio*

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. I, **Dustin-Tillman :Gant**, being the Registered Agent by way of statute or operation of law for quasi-corporate sole, artificial person, Florida Registered Organization "DUSTIN TILLMAN GANT," Certificate of Live Birth, State File No. **XX-029484**, **hereby resign** as Registered Agent, and therefore am no longer authorized to receive service of process or perform any other legal act as the Registered Agent for, or on behalf of, "DUSTIN TILLMAN GANT"; and further,

2. I, **Dustin-Tillman :Gant**, hereby resign ***Nunc Pro Tunc Ab Initio*** from being the Registered Agent for quasi-corporate sole, artificial person, Florida Registered Organization "DUSTIN TILLMAN GANT" from the day it was created on ***March 08, 1993***, the day my "Certificate of Live Birth" was filed with the Office of Clerk-Recorder, in the County of Citrus, City of Inverness, State of Florida; and,

3. I, **Dustin-Tillman :Gant**, therefore shall neither commit by verbal obligation nor sign any documents, public or private, indicating that I am the Registered Agent for "DUSTIN TILLMAN GANT"; and further, **I DO NOT CONSENT, I DO NOT CONSENT, I DO NOT CONSENT** to being, or functioning, or performing any actions as the Registered Agent or quasi-Registered Agent for the Florida Registered Organization "DUSTIN TILLMAN GANT."

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.




Dustin Tillman Gant

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White,
personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White

# Affidavit of Dustin-Tillman :Gant, 7 of 16
## Name Correction; Restoration of Given Christian Name
## As Opposed to a Statutory Legal Name Change

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

**WITH THIS RESTORATION OF GIVEN CHRISTIAN NAME DEED POLL**, the undersigned, **Dustin-Tillman :Gant**, naturally born in City of Oakland, State of Florida, United States of America on **March 03, 1993**, a living Lawful Man and Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and Article 23 of the Hague Convention, privately residing on the land at American Common Law and American Equity, within a non-militarily-occupied private estate at 12123 County Road 727, town of Webster, County of Sumter, State of Florida I, **Dustin-Tillman :Gant**, having been lately known on all federal and state government documents as "**DUSTIN TILLMAN GANT**" due to my former, statutorily-created "U.S. citizenship" status, having ignorantly, yet voluntarily, served at all times as surety / trustee / fiduciary / registered agent for said quasi-artificial person "**DUSTIN TILLMAN GANT**":

**IT IS WITNESSED AND HEREBY DECLARED** as follows:

1. I absolutely, fully and entirely renounce, disclaim, release, relinquish and abandon the use of my former, state-created name of "**DUSTIN TILLMAN GANT**" and, with purpose and intent, take and resume the use of my given Christian Name conferred on the day of my nativity and natural birth, **Dustin-Tillman :Gant**, in substitution for my former, fictious, assumed name of "**DUSTIN TILLMAN GANT**," hereby transferring any and all equitable right, title and interest, by characteristic or by nature, tangible or intangible, in all property to my given name of **Dustin-Tillman :Gant**; and,

2. I hereby undertake and promise that I shall at all times hereafter in all records, paperwork, deeds, documents and other writings, and in all actions and proceedings, as well as in all dealings (formal or otherwise) and in all transactions, public and / or private, and on all occasions whatsoever, use and subscribe my inherited, true Christian Name of **Dustin-Tillman :Gant** in substitution for my formerly assumed, fictitious Roman slave name of "**DUSTIN TILLMAN GANT**," this **Name Correction** hereby set forth with the intent that I may hereafter be known before **Almighty Jehovah God** and to His blessed Son, the risen **Lord Jesus Christ**, and to all men by the name of **Dustin-Tillman :Gant**, to the absolute exclusion of all other names whatsoever; and,

3. I authorize and require all Custodians of Records, federal, state and county, at all times to designate, describe and address my personal identity described above by my resumed Christian Name of **Dustin-Tillman :Gant**. I am no longer presumed to be dead, or presumed to be merely dead, or presumed to be lost at sea, or presumed to be lost in space, but have returned to the land of the living with all equitable right, title and interest in the administration of my private Estate, including the use of my given Christian Name, **Dustin-Tillman :Gant**.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.




**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the state of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.
I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

# Affidavit of Dustin-Tillman :Gant, 8 of 16
## Declaration of Pre-March 9, 1933, Private Citizen of the United States
## Private American National / Non-"U.S. citizen"
## Renunciation of Allegiance to Military Governments, National and State
## Private Citizen of Heaven

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. Affiant is a **Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private Citizen of the Union Nation / State of residence at Common Law and Equity**, protected by Section One of the Fourteenth Amendment to the Constitution of the United States of America and therefore Affiant's allegiance is to the Constitutional, **civilian government** of the United States and to the **civilian government** of the State wherein he privately resides on the land at American **Common Law** and in American **Exclusive Equity**; and,

2. Further, Affiant is not a Post-March 9, 1933, statutory "U.S. citizen," nor fiduciary, nor registered agent, nor lessee, nor trustee, nor surety for a "U.S. citizen" defined by the federal courts as a "**citizen of the Federal Government**" (*Kitchens v. Steele*, 112 F. Supp. 383 (1953); *Jones v. Temmer*, 829 F. Supp. 1226 (USDC/DCO, 1993)), as well as, a territorial "**citizen of Washington, District of Columbia**" by operation of law due to the fifty States being deemed "conquered territories" under the Hague Convention treaty since President Franklin D. Roosevelt's Proclamation 2040 of March 9, 1933; and therefore, Affiant is not a "**U.S. citizen**" of the *de facto* emergency war powers military government ruling the *de facto* American Empire and hereby **renounces all political allegiance** thereto, including **allegiance** to the military government of the State wherein he privately resides at said American **Common Law** and American **Equity**; and,

**3.** Rather, Affiant is a private, *de jure,* Pre-March 9, 1933, "**American Citizen**" and "**American National,**" both terms being synonymous, of the *de jure* National Republic of the United States of America established by the Constitution for the United States of America proposed for ratification by the States in the Year of Our Lord Seventeen Hundred eighty-seven (A.D. 1787), ratified by nine States in the year of Our Lord Seventeen Hundred eighty-nine (A.D. 1789) and later amended by Section One of the Fourteenth Amendment to said Constitution on July 28, 1868, thereby "**broadening and enlarging**" the original "**federal**" citizenship into a "**national**" citizenship which thereby "**broadened and enlarged**" the original "**federal**" government into a "**national**" government.

**4.** Finally, upon belief of the glorious gospel of the **Risen Lord Jesus Christ** (***I Corinthians 15:1-4***), Affiant is a private, *de jure*, citizen of heaven with an eternal, inherited estate therein (***I Peter 1:4***), said citizenship declared to be so in ***Philippians 3:20*** of the Holy Scriptures (specifically, the *King James English Authorized Version of 1611* in its present edition of 1769), said Holy Bible of the Protestant Reformation referenced in Public Law 97-280; 96 Stat. 1211, said statute authorizing President Ronald Reagan's subsequent **Proclamation 5018** declaring 1983 to be "the National Year of the Bible" whereby the Reformation Bible can be introduced as evidence in any legal or equitable proceeding.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

Dustin-Tillman :Gant
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White
Notary Public Signature

Notary Public Seal

**Affidavit of Dustin-Tillman :Gant, 9 of 16**
**Pre-March 9, 1933, Private Citizen of the United States**
**Private American National / Non-"U.S. citizen"**
**Protected as a "Private citizen" by Article 23 of the Lieber Code**
**Protected as a "Freeman" by Article 43 of the Lieber Code**

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. Affiant is a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," and therefore is neither an "alien," "rebel," "hoarder," "belligerent," "enemy," "ally of enemy," or "outlaw" during this time of national banking emergency / state of war imposed on the once sovereign American People by President / Commander in chief Franklin D. Roosevelt via **Proclamation 2039** issued on March 6, 1933, later "**approved and confirmed**" by Congress on March 9, 1933, in its alleged passing of the "**Emergency Banking Relief Act**" (12 USC 95a-b which later, in 2015, was moved to a footnote of "**Trading With the Enemy Act**" (50 USC 4305(b)), and then said **Proclamation 2039** was continued indefinitely by **Proclamation 2040** issued immediately after Congress allegedly "**approved and confirmed**" said "**Emergency Banking Relief Act**" that same day of infamy on March 9, 1933; and,

2. Affiant is a "**Private citizen**," no longer a "belligerent" and therefore has the protection of the United States military led by its Commander in chief according to **Article 23** of The Lieber Code (issued by President Lincoln to his commanding generals of the pro-socialist-communist, Union Army in 1863, "General Orders 100") in full force and effect over the entire United States since March 9, 1933, stating:

   "**Private citizens** are no longer murdered, enslaved, or carried off to distant parts, and the inoffensive individual is as little disturbed in his private relations as the commander of the hostile troops can afford to grant in the overruling demands of a vigorous war."

3. Affiant, now a "**freeman**," hereby invokes the protection of **Article 43** of The Lieber Code having served as a foundation for The Hague Convention Treaty of 1907:

"Therefore, in a war between the United States and a belligerent which, admits of slavery, if a person held in bondage by that belligerent be captured by or come as a fugitive under the protection of the military forces of the United States, such person is immediately entitled to the **rights and privileges of a freeman**. To return such person into slavery would amount to enslaving a free person, and neither the United States nor any officer under their authority can enslave any human being. Moreover, a person so made free by the law of war is under the shield of the law of nations, and the former owner or State can have, by the law of postliminy [*restoration of pre-war civil status—EJP*] no belligerent lien or claim of service." [Emphasis added]

4. Affiant, in seeking the protection of **Article 43** of the Lieber Code, seeks to clarify how this section applies to him during this time of national banking emergency/state of war on "**enemy belligerents**" (being the former sovereign "**We the People**") having existed in the United States of America since March 9, 1933:

   a. The President, being the Commander in chief of the military forces of the United States, is waging war on the Fifty States having been reduced to the inferior grade of "**conquered territories**" since March 9, 1933; and,

   b. These sovereign States, which State civilian governments have been temporarily "**ousted**" and temporarily **replaced** with federally-imposed, state emergency war powers military governments, said states then deemed "**conquered territories**" as of March 9, 1933, admit of a voluntary slavery of its inhabitants deemed "**enemy belligerents**." (Said voluntary slavery is not contrary to the purpose and intent of the "**involuntary servitude**" provision of the Thirteenth Amendment to the Constitution of the United States of America declared to have been ratified by the States in 1865.) Further,

   c. Said state emergency war powers military governments hold **legal title** (on behalf of the national Commander in chief having seized said **legal title** on March 9, 1933) to all of its Fourteenth Amendment "**state citizens**" being merely "**U.S. citizens**" residing in said state. Said **legal title** was created and conferred through the birth registration of said "**state citizens**" (deemed "**enemy belligerents**") evidenced by the public filing of "Certificates of Live Birth" with their state offices of "Vital Statistics"; and,

d. Affiant, in executing this Declaration of Status, especially **Exhibit 2** and **Exhibit 3** of said Declaration of Status, has voluntarily returned to the status of a "**freeman**" (being a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America) and thereby invokes the protection of the Commander in chief while he wages a war on the states, deemed "**conquered territories**," its resident inhabitants deemed "**enemy belligerents**" ruled by federally-imposed emergency war powers state military governments (as was done to the conquered Southern States during the infamous Reconstruction (1865-1877), its conquered "**state citizens**"/ being merely conquered "**U.S. citizens**" residing in said conquered states while being deemed "**enemy belligerents**"; and,

5. Being made free by the law of war, while never intending to damage any of the seized property of the national Commander in chief holding **legal title** thereto, said property being every "**person, place and thing**" within the conquered United States of America, one of the protections invoked by Affiant is that he be protected from, and thus not be made subject to, the temporarily imposed, personal jurisdiction of the emergency war powers military jurisdiction of the Commander in chief's national Courts, or be made subject to the federally-imposed, emergency war powers military jurisdiction of the state Governor's/state Commander in chief's state Courts, the emergency war powers military jurisdiction of both the Constitutionally-created National and State Courts being derived from "**Trading with the Enemy Act,**" said jurisdiction codified at **50 USC 4316**.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On *July 10, 2026* before me, *Catherine Michelle White*, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.
I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Catherine Michelle White*
Notary Public Signature

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Seal

# Affidavit of Dustin-Tillman :Gant, 10 of 16
## Pre-March 9, 1933, Private Citizen of the United States
## Private American National / Non-"U.S. citizen"
## Private Non-Belligerent Civilian During this State of War
## Protected by Article 23 of the Hague Convention

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man, *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

Affiant, **Dustin-Tillman :Gant**, is a non-statutory, **Pre-March 9, 1933, Private Citizen of the United States / Private American National** / **Non-"U.S. citizen"** whose right to *a de jure* civilian due process of law of the land (to the exclusion of an emergency war powers military due process of law proceeding in both criminal and civil matters according to the course and mode of *de facto* American Admiralty jurisprudence pertaining to commerce and war on the high seas), protected and secured by the Fifth and Fourteenth Amendments to the Constitution of the United States of America from National or State infringement, is also protected and secured (during the present national banking emergency deemed by Congress to be a state of war on the once sovereign American People) by Article twenty-three (23) of The Hague Convention Treaty which states:

## ARTICLE 23

"In addition to the prohibitions provided by Special Conventions, **it is especially forbidden**:

(a) To employ poison or poisoned weapons;
(b) To kill or wound treacherously individuals belonging to the hostile nation or army;
(c) To kill or wound an enemy who, having laid down his arms, or having no longer means of defence, has surrendered at discretion;
(d) To declare that no quarter will be given;
(e) To employ arms, projectiles, or material calculated to cause unnecessary suffering;
(f) To make improper use of a flag of truce, of the national flag, or of the military insignia and uniform of the enemy, as well as the distinctive badges of the Geneva Convention;
(g) To destroy or seize the enemy's property, unless such destruction or seizure be imperatively demanded by the necessities of war;

(h) **<u>To declare abolished, suspended, or inadmissible in a Court of law the rights and actions of the nationals of the hostile party</u>**.

"A belligerent is likewise forbidden to compel the nationals of the hostile party to take part in the operations of war directed against their own country, even if they were in the belligerent's service before the commencement of the war."

Further, Affiant's Private American National Status is also protected by Title 8 of the United States Code, Section 1101, paragraph (a), subsections 21 and 22, which state:

**"8 USC 1101: Definitions**

**(a)** As used in this chapter-

**(21)** The term "national" means a person owing permanent allegiance to a state.
**(22)** The term "national of the United States" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

Pre-March 9, 1933 ★ Private Citizen of the United States ★ Rights & Liberty Holding on the Land at Common Law ★ Private American National ★ YHWH

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White
Notary Public Signature

Notary Public Seal

# Verified Unilateral Contract Under Seal, 3 of 5
## Acknowledgement and Acceptance of Constitutional Oaths To Support the Constitution of the United States of America Concerning The Man, "Dustin-Tillman :Gant" —*Nunc Pro Tunc Ab Initio;* Fee Schedule for Violation of Affiant's Right to Civilian Due Process of Law

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. I, **Dustin-Tillman :Gant**, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, in consideration of one lawful dollar, hereby **Acknowledge and Accept the Constitutional Oaths** of all legislative, executive and judicial officers, federal and state, to support and defend the Constitution for the United States of America. Said **Acknowledgment and Acceptance** extends to Affiant, **Dustin-Tillman :Gant**—mistakenly presumed to be legal fiction "DUSTIN TILLMAN GANT" or any other derivation of the NAME of said artificial person / legal fiction; and,

2. Further, I, **Dustin-Tillman :Gant**, with intent and purpose, being the Sole Beneficiary and Agent of Record without prejudice, without recourse, of my Principal, DUSTIN TILLMAN GANT," in consideration for one lawful dollar, hereby **Acknowledge and Accept the Constitutional Oaths** of all legislative, executive and judicial officers, federal and state, on behalf of my Principal, United States Registered Organization / former quasi-Corporate Sole by operation of law, now National Private Business Trust "DUSTIN TILLMAN GANT"—***Nunc Pro Tunc Ab Initio***; and further, this Acknowledgement and Acceptance of Constitutional Oaths is retroactive to the date of **March 08,**, 1993 the date of the public filing and registration of Affiant's "Certificate of Live Birth" thereby creating said Registered Organization / former quasi-Corporate Sole by operation of law in the State of Florida on record in Washington, D.C., United States of America; and,

3. Further, all legislative, executive and judicial officers are hereby bound by their constitutional Oaths to support and defend the Constitution of the United States of America which includes giving Affiant, **Dustin-Tillman :Gant**, a constitutional, **Civilian Due Process of Law** in civil and criminal matters on both a federal and state level. Refusal or failure to do so would be a violation of Affiant's **Civilian Due Process Rights** secured from federal infringement by the Fifth Amendment to the Constitution of the United States of America, from state infringement by Section One of the Fourteenth Amendment to the Constitution of the United States of America and from international infringement by Article 23 of the Hague Convention Treaty. With this evidence before any Court, federal/national or state, the moving party must re-caption its action and invoke the Court's civilian due process of law or withdraw its action. Failure to do so would mandate the Judge to abate the action in accordance with the federal/national or state rules of evidence.

4. Further, should any officer of any court, national (federal) or state, in violation of his or her oath to uphold the Constitution of the United States and the Constitution of the State, proceed with the usual, federally-conferred, emergency war powers military jurisdiction due process proceeding, criminal or civil, pursuant to **50 USC 4316**, in violation of Affiant's said constitutional right to **a Civilian Due Process of Law**, said officer will incur a **one hundred-thousand dollar ($100,000.00) charge** to be attached to his/her insurance bond, said charge in the form of a UCC lien to be placed on the commercial record. Said charges are as follows:

**Fee Schedule**

a. Setting the Court to proceed in an emergency war powers military due process of law as opposed to a peacetime civilian due process of law; and/or,
b. Presuming Affiant, the man with an Upper-and-Lower case name, is the surety for the legal fiction defendant with an all Upper-case name of war; and/or,
c. Presuming Affiant has made an appearance for any reason whatsoever after Affiant has stated for the record and entered into evidence the facts proving Affiant is not the defendant but rather a third party, real party of interest, the Sole Beneficiary and Agent of Record for the defendant; and/or,
d. Entering a plea of "Not Guilty" for Affiant presuming joinder with defendant.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Catherine Michelle White
Notary Public Signature

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Seal

A black and white copy of this document is not official.

# State of Florida

IN GOD WE TRUST

## Department of State

I, Cord Byrd, Secretary of State,
do hereby certify that

***Kenneth "Ken" T. Jones***

was duly appointed

**State Registrar of Vital Statistics,**
**State of Florida**

for a term beginning on the
First day of November, A.D., 2014,
until the present
as shown by the records of this office.

**Exhibit 11; Page 4 of 5**

*Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2026.*

GREAT SEAL OF THE STATE OF FLORIDA
IN GOD WE TRUST

Secretary of State

DSDE 99 (2/12)

The word "VOID" appears when photocopied.

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1993-029484**

DATE ISSUED: **APRIL 21, 2026**

DATE FILED: **MARCH 8, 1993**

CHILD'S NAME: **DUSTIN TILLMAN GANT**

DATE OF BIRTH: **MARCH 2, 1993**

SEX: **MALE**

COUNTY OF BIRTH: **CITRUS COUNTY**

MOTHER'S NAME: **JULIA ANN VAUGHN**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **DALE LYNN GANT**

**Exhibit 11; Page 5 of 5**

[signature], **STATE REGISTRAR**

**APP: 2027079987**
**REQ: 2029100007**

VOID IF ALTERED OR ERASED

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

GREAT SEAL OF THE STATE OF FLORIDA IN GOD WE TRUST

DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

# Verified Unilateral Contract Under Seal, 4 of 5
## Release and Discharge of Obligations
## To Impose Emergency War Powers Military Due Process of Law on "Dustin-Tillman :Gant" and/or "DUSTIN TILLMAN GANT"
## *Nunc Pro Tunc Ab Initio*

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. I, **Dustin-Tillman :Gant**, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, in consideration for one lawful dollar, hereby **Release and Discharge** all legislative, executive and judicial officers, federal and state, of their statutory, emergency war powers **Obligations** to impose upon Affiant, **Dustin-Tillman :Gant**—mistakenly presumed to be surety / fiduciary / obligor for legal fiction "DUSTIN TILLMAN GANT" or any other derivation the NAME of said legal fiction—an emergency war powers military due process of law, civil and / or criminal, public and / or private, judicial and / or administrative; and,

2. Further, I, **Dustin-Tillman :Gant**, with intent and purpose, being the Beneficiary and Agent of Record without prejudice, without recourse, of "DUSTIN TILLMAN GANT," in consideration for one lawful dollar, hereby **Release and Discharge**—***Nunc Pro Tunc Ab Initio***—all legislative, executive and judicial officers of the United States and all legislative, executive and judicial officers of the several States of their statutory emergency war powers **Obligations** to impose upon the Florida Registered Organization/former quasi-Corporate Sole, now National Private Business Trust "DUSTIN TILLMAN GANT" an emergency war powers military due process of law, civil and/or criminal, public and/or private, judicial and/or administrative, as said imposition of said emergency war powers military due process of law would be a breach of trust according to the **Trust Indenture** of "DUSTIN TILLMAN GANT" attached as **Annex F** to **Exhibit 15** of this Declaration of Status; and,

3. This **Release and Discharge of Obligations to Impose Military Due Process of Law on Dustin-Tillman :Gant and/or "DUSTIN TILLMAN GANT"**—***Nunc Pro Tunc Ab Initio***—is retroactive to the date of **March 08,**, 1993 the date of the public filing and registration of Affiant's Certificate of Live Birth, thereby creating by operation of law said Florida Registered Organization/Corporate Sole in the State of Florida, County of Citrus; and,

4. This **Release and Discharge of Obligations to Impose Military Due Process of Law** includes the military jurisdiction imposed after April 25, 1938, on all the courts, federal and state, said military jurisdiction conferred by Congress through Section 17 of the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b), as the Act was amended by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a moved to a footnote at 50 USC 4305(b)), said military jurisdiction being codified at **50 USC 4316.**

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1993-029484**

DATE ISSUED: **APRIL 21, 2026**

DATE FILED: **MARCH 8, 1993**

CHILD'S NAME: **DUSTIN TILLMAN GANT**

DATE OF BIRTH: **MARCH 2, 1993**

SEX: **MALE**

COUNTY OF BIRTH: **CITRUS COUNTY**

MOTHER'S NAME: **JULIA ANN VAUGHN**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **DALE LYNN GANT**

**Exhibit 12; Page 4 of 5**

[signature], **STATE REGISTRAR**

APP: 2027079987
REQ: 2029100007

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

GREAT SEAL OF THE STATE OF FLORIDA · IN GOD WE TRUST

VOID IF ALTERED OR ERASED

DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

A black and white copy of this document is not official.

# State of Florida

Department of State

I, Cord Byrd, Secretary of State,
do hereby certify that

***Kenneth "Ken" T. Jones***

was duly appointed

**State Registrar of Vital Statistics,**
**State of Florida**

for a term beginning on the
First day of November, A.D., 2014,
until the present
as shown by the records of this office.

The word "VOID" appears when photocopied.

**Exhibit 12; Page 5 of 5**

*Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2026.*

GREAT SEAL OF THE STATE OF FLORIDA
IN GOD WE TRUST

Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

# Affidavit of Dustin-Tillman :Gant, 11 of 16

## Court Lacks *In Personam* Jurisdiction over the Lawful Man, Dustin-Tillman :Gant In Both Criminal and Civil Actions for Want of Voluntary Joinder With the Alleged Defendant / Legal Fiction "DUSTIN TILLMAN GANT" and / or Mis-Description and / or Misnomer of the Man; Fee Schedule for Violation of Affiant's Right to Civilian Due Process of Law

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. Affiant claims as a matter of public record, he is **primarily** a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," said Private American citizenship status secured by Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

2. Affiant claims, as a matter of public record, he is **secondarily** a **Freeman** / Private Citizen of the Union Nation / State wherein he **privately resides** at American Common Law and American Exclusive Equity, on the land of a non-militarily occupied, private estate within a given County of a given Union Nation / State of these United States of America, protected by Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

3. Affiant claims his dual allegiance is to the non-military, **civilian government** of the United States of America and to the non-military, **civilian government** of one of the sovereign Nation / States of the United States (both civilian governments presently ousted as of March 9, 1933, via FDR's **Proclamations 2039/2040** and Congress' "Emergency Banking Relief Act" of March 9, 1933, codified at 12 USC 95a-b moved to a footnote at 50 USC 4305(b)); and,

4. Affiant claims he is a "**National**" and his preeminent constitutional right to civilian due process of law in both civil and criminal matters, federal and state, is protected by the **Fifth Amendment** and Section One of the **Fourteenth Amendment** to the Constitution of the United States of America and is also protected by **Article 23h** of the International Hague Convention Treaty; and therefore,

5. Affiant, the Lawful Man made in the **image of God**, **Dustin-Tillman :Gant**, in any proceeding, federal or state, civil or criminal is not the alleged Defendant / Legal Fiction, "DUSTIN TILLMAN GANT," "DUSTIN T, GANT," "GANT, DUSTIN T," "Dustin T, Gant" or any derivation of said NAME / *Nom de guerre*; and,

**Further,**

6. Affiant is the Sole Beneficiary and Agent of Record for his Principal / Legal Fiction / Legal Person, "DUSTIN TILLMAN GANT," a national private business trust whereby Affiant interfaces in domestic and foreign commerce as its Agent of Record and Sole Beneficiary; and,

7. Affiant, pursuant to his Principal's **Trust Indenture** attached to **Exhibit 15** as **Annex F** of this Declaration of Status, **Releases and Discharges** the Court, federal or state, from its obligation to impose its usual statutory, Emergency War Powers Military Due Process of Law essentially proceeding according to the course of American Admiralty Jurisprudence in any criminal and / or civil matter wherein Affiant's Principal, "DUSTIN TILLMAN GANT," if named as an alleged Defendant would be a **Breach of Trust** by any officer of any Court, federal/national or state, pursuant to said **Trust Indenture**; and,

8. Therefore Affiant, the Lawful Man **Dustin-Tillman :Gant**, a third party of interest, **DOES NOT ACCEPT** any Plaintiff's or Court's **Offer of Joinder** with Affiant's Principal, the alleged Defendant / Legal Fiction "DUSTIN TILLMAN GANT," by being represented by an attorney, or by making an appearance, or by pleading to the merits or by making a motion in any proceeding, criminal and/or civil; and,

9. Therefore, Affiant **DISCLAIMS** any implied trust arrangement between any Plaintiff and the alleged Defendant / Legal Fiction, "DUSTIN TILLMAN GANT," said presumption arising by operation of law pursuant to a maxim of Emperor Justinian's Roman Civil Law being the foundation of American Admiralty Jurisprudence; and,

10. Therefore, Affiant **DOES NOT CONSENT** to be an implied surety / implied trustee / implied fiduciary / implied registered agent / implied lessee in any legal proceeding, federal or state, criminal or civil, for his Principal / Legal Fiction, "DUSTIN TILLMAN GANT**,"** named as Defendant therein; and,

**11.** Therefore, Affiant is not the alleged Defendant / Legal Fiction "DUSTIN TILLMAN GANT," and therefore, pursuant to this **Affidavit** entered on the Public Judicial Record, every Court is put **ON NOTICE** that, pursuant to its oath to uphold the Constitution of the United States of America, must abate every proceeding involving Misnomer of the Lawful Man, **Dustin-Tillman :Gant** for:

> "Where conditions for its issuance exist, abatement is a matter of right, not of discretion. The misnomer or mis-description of a party defendant is grounds for abatement; and grounds for abatements are the same for equity and law cases."
> Corpus Juris Secundum, Vo. 5, p. 35 (1985); Ibid, Vol. 5, p. 37 (2005).

**12.** Further, should any officer of any court, national (federal) or state, in violation of his or her oath to uphold the Constitution of the United States and the Constitution of the State, proceed with the usual, federally-conferred, emergency war powers military jurisdiction due process proceeding, criminal or civil, pursuant to **50 USC 4316**, in violation of Affiant's said constitutional right to **a Civilian Due Process of Law**, said officer will incur a **one hundred-thousand dollar ($100,000.00) charge** to be attached to his/her insurance bond, said charge in the form of a UCC lien to be placed on the commercial record. Said charges are as follows:

**Fee Schedule**

- **a.** Setting the Court to proceed in an emergency war powers military due process of law as opposed to a peacetime civilian due process of law; and/or,
- **b.** Presuming Affiant, the man with an Upper-and-Lower case name, is the surety for the legal fiction defendant with an all Upper-case name of war; and/or,
- **c.** Presuming Affiant has made an appearance for any reason whatsoever after Affiant has stated for the record and entered into evidence the facts proving Affiant is not the defendant but rather a third party, real party of interest, the Sole Beneficiary and Agent of Record for the defendant; and/or,
- **d.** Entering a plea of "Not Guilty" for Affiant presuming joinder with defendant.

***"He that is surety for a stranger shall smart for it; and he that hateth suretyship is sure."***

***Proverbs 11:15 (KJV)***

Further Affiant Sayeth Not.




[signature]

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White
Notary Public Signature

Notary Public Seal

**Affidavit of Dustin-Tillman :Gant, 12 of 16**
**Court Reporter's Transcript of Proceedings**

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

The attached eight (**8**)-page "**Reporter's Transcript of Proceedings**" as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California (**Annex A**), is a full, complete, true and correct copy of a certified copy of the original court transcript.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division
GREGORY A. ROTH
Assistant United States Attorney
Room 3115, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-2576
Facsimile: (213) 894-0115

Attorneys for the United States of America

LODGED
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>vs.<br>RANDY L. [redacted],<br>Respondent. | Case No. CV 94 [redacted]<br>[~~PROPOSED~~]<br>ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities and Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject summonses. *See* United States v. Powell, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964). *See also* United States v. Samuels, Kramer and Co., 712 F.2d 1342, 1344-45 (9th Cir. 1983) (the Government's *prima facie* case is typically made through the sworn declarations of the I.R.S. agent who issued the summons).

///

///

FILED
FEB 15 1994
CLERK, U.S. DISTRICT COURT

Therefore, IT IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. 890.

☐ United States Court House
312 North Spring Street, Los Angeles, California, 90012

☑ Roybal Federal Building
255 E. Temple Street, Los Angeles, California, 90012

on March 21, 1994, at ~~[illegible]~~ 1:30 P.M., and show cause why testimony and production of books, records, papers and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service by personal delivery or by certified mail.

IT IS FURTHER ORDERED that within ten (10) days after service upon the Respondent of the herein described documents, Respondent shall file and serve a written response supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///

///

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 15th day of FEBRUARY, 1994.

[signature]
UNITED STATES DISTRICT JUDGE

Presented By:

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division

[signature]
GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

Exhibit 14: Annex A; Page 3 of 8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

- - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>RANDY L. O[redacted]R<br>Defendant(s) | ) | NO. CV-94[redacted]-JGD |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994

BEVERLY A. CASARES CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2305

**Exhibit 14: Annex A; Page 4 of 8**

APPEARANCES:

FOR PLAINTIFF(S)

GREGORY A. ROTH
312 N. Spring Street
Los Angeles, California 90012
(213) 894-2410

FOR DEFENDANT(S)

RANDY L. O[redacted]R

**Exhibit 14: Annex A; Page 5 of 8**

LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

1:30 P.M.

THE CLERK: Item number 6, case number CV-94[redacted], United States of America versus Randy L. O[redacted]r.

MR. ROTH: Good afternoon, your Honor, Assistant U.S. Attorney Gregory Roth appearing on behalf of the United States, and its agency the Internal Revenue Service.

THE COURT: Is there any opposition?

MR. O[redacted]R: For the record.

THE COURT: Yes.

MR. O[redacted]R: My Christian name is Randy Lee an my family name is O[redacted]r.

THE COURT: All right.

MR. O[redacted]R: That is spelled capital R, lower case, a-n-d-y, capital L, lower case e-e, capital O, lower case [redacted]-r.

I have responded to this petition, because it was found on the door of the place where I take up housekeeping, and attempts to create a colorable persona under colorable law by the name of capital R-A-N-D-Y L period, O-[redacted]-R. The artifice being used here to deceive this Honorable Court must be abated as a Public Nuisance. **Exhibit 14: Annex A; Page 6 of 8**

For the record Randy Lee and Jesus the Christ

Advocate and Wonderful Counselor are using the Right of Visitation to exercise the Ministerial Powers to be heard on this matter.

I, Randy Lee am a native Californian and a Man on the Land in Los Angeles County, not a resident in the Federal Judicial District in the Central District of California.

My Colors and Authority is the California Bear Flag with the Gold Star. My Law is My Family Bible. And my Status is shown by the Seal of the People.

I am who I say I am, not who the U.S. Attorney says I am. Further I sayeth not and I stand mute.

THE COURT: All right. Please take your things off of the podium and sit down at your table. Mr. Roth, do you have any response to this alleged case of mistaken identity.

MR. ROTH: Well, your Honor, Mr. O[redacted]r seems to think tha' if you spell your name in upper and lower case, it relieves him of compliance.

THE COURT: Thank you, Mr. Roth. Please call the next case Clerk.

(Proceedings concluded.)

**Exhibit 14: Annex A; Page 7 of 8**

C E R T I F I C A T E

I hereby certify that the foregoing matter entitled UNITED STATES OF AMERICA versus RANDY L. O[redacted]R No. CV-94[redacted]-JGD is transcribed from the stenographic notes taken by me and is a true and accurat transcription of the same.

3/25/94

BEVERLY A. CASARES CSR# 8630
Official Court Reporter

DATED:

**Affidavit of Dustin-Tillman :Gant, 13 of 16**

# Declaration of Private Trust Arrangement

This is Actual and Constructive Notice of a Declaration of a

Special and Private Trust Arrangement Established by Pre-March 9, 1933,

Private Citizen of the United States/Private American National/Non-"U.S. citizen"

**Dustin-Tillman :Gant**, Grantor-Settlor, Sole Beneficiary

Agent of Record Without Recourse / Without Prejudice for

the Name and Estate of "DUSTIN TILLMAN GANT," with a

Private Indenture governing the Special use of

National Private Business Trust

"**DUSTIN TILLMAN GANT**."

See attached Copy of the State-Apostilled Certified Copy of "Certificate of Live Birth" with Allonge evidencing the creation of National Private Business Trust "DUSTIN TILLMAN GANT." (**Annex A**);

See also, Copies of U.S. Treasury/IRS Form W-8BEN, Form 56, Form 8822-B, and Form SS-5 with attached affidavit (**Annexes B, C, D and E**, respectively);

See also the Trust Indenture setting forth the duties of the President / Commander in chief and the Secretary of the Treasury, Trustees (**Annex F**).

**NOTICE 1**: The Private Master File Trust Number is: **DTG03021993.01.001.**
All trust res documents will display a specific private trust res number derived from the above Private Master File Trust Number.

**NOTICE 2**: Pursuant to its Private Trust Indenture, National Private Business Trust "DUSTIN TILLMAN GANT" is a "person" in commerce defined by the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) now 50 USC 4305(b)) as amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a, moved in 2015 to a footnote of 50 USC 4305(b)). But pursuant to its private Indenture, the Trust is not subject to any statutory, temporary emergency war powers military jurisdiction, federal and / or state, proceeding according the mode and course of American Admiralty Jurisprudence, and therefore cannot be given a statutory, temporary emergency war powers military due process of law without a **Breach of Trust.** The Trustees are the President / Commander in chief and Secretary of the Treasury of the United States of America. The **Sole Beneficiary** and owner of the Trust Estate, being a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" (non-"alien enemy belligerent"), is an individual natural "person" designated in the Fifth and Fourteenth Amendments to the Constitution of the United States of America and therefore, may only be given a **constitutional civilian due process of law** on a federal and state level pursuant to the Fifth and Fourteenth Amendments to the Constitution of the United States as declared in *Hale v. Henkel*, 201 U.S. 43 at 74 (1906).

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Catherine Michelle White
Notary Public Signature

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Seal

# ALLONGE

## Verified Unilateral Contract Under Seal, 5 of 5

## Declaring the Conversion of State-Created Corporate Sole

## "DUSTIN TILLMAN GANT"

## To National Private Business Trust

## "DUSTIN TILLMAN GANT"

Copy of State-Apostilled "Certificate of Live Birth"

State Birth No. **XX-029484**

Acceptance/Conveyance of Property in Exclusive Equity

Accepted for Value/Claimed by Grantee Absolute

Legal Title by Nature Assigned/Conveyed by Grantor-Settlor

To: President / Commander in chief of the United States, Trustee

To: Secretary of the Treasury of the United States, Trustee

On Special Deposit

Without Recourse/Without Prejudice

Date: July 10, 2026

Signatory: ____________________

**Dustin-Tillman :Gant**

Pre-March 9, 1933, Private Citizen of the United States

Pre-March 9, 1933, Private American National

Pre-March 9, 1933, Private Citizen of the State of Florida

Grantee/Grantor-Settlor/Beneficiary

Agent of Record for the Name and Estate of

National Private Business Trust

"DUSTIN TILLMAN GANT"

Trust Res No.DTG03021993.01.001

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.
I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

A black and white copy of this document is not official.

# State of Florida

IN GOD WE TRUST

**Department of State**

I, Cord Byrd, Secretary of State,
do hereby certify that

***Kenneth "Ken" T. Jones***

was duly appointed

**State Registrar of Vital Statistics,
State of Florida**

for a term beginning on the
First day of November, A.D., 2014,
until the present
as shown by the records of this office.

**Exhibit 15; Annex A; Page 3 of 4**

*Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2026.*

GREAT SEAL OF THE STATE OF FLORIDA IN GOD WE TRUST

Secretary of State

DSDE 99 (2/12)

The word "VOID" appears when photocopied.

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1993-029484**

DATE ISSUED: **APRIL 21, 2026**

DATE FILED: **MARCH 8, 1993**

CHILD'S NAME: **DUSTIN TILLMAN GANT**

DATE OF BIRTH: **MARCH 2, 1993**

SEX: **MALE**

COUNTY OF BIRTH: **CITRUS COUNTY**

MOTHER'S NAME: **JULIA ANN VAUGHN**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **DALE LYNN GANT**

**Exhibit 15; Annex A; Page 4 of 4**

Ken Jones, STATE REGISTRAR

APP: 2027079987
REQ: 2029100007

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

VOID IF ALTERED OR ERASED

GREAT SEAL OF THE STATE OF FLORIDA — IN GOD WE TRUST

DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

Form **W-8BEN**

(Rev. October 2021)

Department of the Treasury
Internal Revenue Service

# Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:** | **Instead, use Form:**

- You are NOT an individual . . . W-8BEN-E
- You are a U.S. citizen or other U.S. person, including a resident alien individual . . . W-9
- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) . . . W-8ECI
- You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . 8233 or W-4
- You are a person acting as an intermediary . . . W-8IMY

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

## Part I Identification of Beneficial Owner (see instructions)

1 Name of individual who is the beneficial owner
dustin-tillman :gant Pre-March 9, 1933, Private Citizen of the United States

2 Country of citizenship
State of Florida

3 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
12123 County Road 727

City or town, state or province. Include postal code where appropriate.
Webster Florida ZIP Code Excepted [33597]

Country
State of Florida

4 Mailing address (if different from above)
c/o Rural Route 12123 County Road 727

City or town, state or province. Include postal code where appropriate.
Webster, FL 33597

Country
United States

5 U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)
N/A

6a Foreign tax identifying number (see instructions)
N/A

6b Check if FTIN not legally required . . . ☑

7 Reference number(s) (see instructions)
DUSTIN TILLMAN GANT ; Birth No. XX-029484

8 Date of birth (MM-DD-YYYY) (see instructions)
03/08/1993

## Part II Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9 I certify that the beneficial owner is a resident of N/A within the meaning of the income tax treaty between the United States and that country.

10 **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph N/A of the treaty identified on line 9 above to claim a ____ % rate of withholding on (specify type of income):
N/A

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding:
N/A

## Part III Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

- I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;
- The person named on line 1 of this form is not a U.S. person;
- This form relates to:
  (a) income not effectively connected with the conduct of a trade or business in the United States;
  (b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;
  (c) the partner's share of a partnership's effectively connected taxable income; or
  (d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);
- The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here** ▶ ☐ I certify that I have the capacity to sign for the person identified on line 1 of this form.

[signature] **Exhibit 15; Annex B; Page 1 of 5**

Signature of beneficial owner (or individual authorized to sign for beneficial owner)

07/11/2026
Date (MM-DD-YYYY)

dustin-tillman :gant
Print name of signer

**<u>Affidavit of Dustin-Tillman :Gant, 14 of 16</u>**
**<u>Addendum to Treasury / IRS Form W-8BEN</u>**

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man, *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly declares that:

Affiant is a Constitutional, **Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private Citizen of the Union Nation/State of residence at Common Law and Equity,** protected by Section One of the Fourteenth Amendment to the Constitution of the United States of America and Article 23h of the Hague Convention. Therefore, Affiant, being a "National" and not an "enemy, "ally of enemy," "alien" or a "belligerent," affirms in good faith without any intent to defraud or mislead:

1. Affiant is **<u>as foreign</u>** to the temporary Emergency War Powers Military Government ruling the United States of America since March 9, 1933, which sovereign nation includes the individually sovereign, Fifty Union Nation States / Countries composing the present National Union of the United States of America, the previous Federal Union created by the Articles of Confederation of March 1, 1781, made "more perfect" by the Constitution for these United States of America on March 4, 1789, the Federal Union later converted into a National Union with the proclaimed ratification of the Fourteenth Amendment to the Constitution on July 28, 1868; and,

2. Affiant is **<u>as</u>** a statutory "**Nonresident Alien Individual**" as defined by 26 USC § 7701(b)(1)(B), the statute giving no positive definition, but only a negative definition stating what is **NOT** a "Nonresident Alien Individual," it declaring,

   > "An individual is a nonresident alien if such individual is neither a citizen of the United States nor a resident of the United States."

3. Affiant believes, in good faith, with no intent to defraud and sincerely believes, based upon his personal experience, the use of the phrase "**citizen of the United States**" in paragraph 2 is not the Affiant, who, being a Pre-March 9, 1933, Constitutional "citizen of the United States" is defined by Section 1 of the Fourteenth Amendment, and is not the Post-March 9, 1933, statutory "citizen of the United States," "citizen of the Federal government," i.e., the "U.S. citizen" "DUSTIN TILLMAN GANT" with an SSN/TIN. XX-XXX**4015**, like a corporation, being a creature of the statutory, corporate "**UNITED STATES**" ruled by its temporary Emergency War Powers Military Government and composed of

both the fifty sovereign States as well as the fourteen Territories deemed *de facto* "conquered territories" under temporary emergency war powers military occupation, all registered property of said States and Territories having been seized as "**booty of war**" on March 6, 1933, via Proclamation 2039 issued by the Commander in chief then holding *de facto* legal title to said property. Said Proclamation 2039 was "approved and confirmed" by Congress on March 9, 1933, and was perpetually continued until the issuance of a "termination Proclamation" via Proclamation 2040 issued by the Commander in chief holding legal title to said "booty of war," the Commander in chief ruling the statutory, corporate "**UNITED STATES**" with his temporary Emergency War Powers Military Government from the District of Columbia ("Rome on the Potomac") since March 9, 1933; and,

**4.** Affiant believes the use of the phrase "**resident of the United States**" in paragraph 2 is not the Affiant, a Pre-March 9, 1933, Constitutional "resident" privately residing on the land of a County or Parish in one of the Fifty Union Nation States / Countries composing the Union of the United States of America pursuant to Section 1 of the Fourteenth Amendment, but is the statutory "**resident**" of the statutory "**United States**," said "**resident**" residing in the "**United States**," i.e., "the District of Columbia" or one of its "conquered territories" under military occupation; and,

**5.** Affiant is not a resident of the geographical "**United States**" defined by **26 USC §7701(a)(9)** to be the "States and the District of Columbia," said "**States**" defined by **26 USC 3306(j)(2)** to include only "the District of Columbia, the Commonwealth of Puerto Rico, and the Virgin Islands" to the obvious exclusion of the Fifty States composing the Union of the United States of America ("**for what is excluded is not included**" lest the definition should be "**void for vagueness**"); and,

**6.** Neither Affiant, nor his LEGAL FICTION / PERSON / statutory "U.S. citizen" / enemy belligerent in commerce and in war, "DUSTIN TILLMAN GANT," now a National Private Business Trust with a federally-assigned SSN/TIN, derives no "gross income" and/or "income" that is "effectively connected with the conduct of a **trade or business in the United States**," said "**trade or business**" statutorily defined by **26 USC § 7701(a)(26)** to only include the "performance of the functions of a public office" (such as all Courts, federal or state); and,

7. Affiant's LEGAL FICTION / PERSON in commerce and in war, "DUSTIN TILLMAN GANT," now a National Private Business Trust, has not voluntarily engaged in federally-privileged activities and therefore has no "income effectively-connected with the conduct of a trade or business in the United States" and therefore has no "gross income" (defined as "income" derived from a "source") as all "**income**" received by Affiant's Principal, "DUSTIN TILLMAN GANT," is derived from Affiant, using his Principal, "DUSTIN TILLMAN GANT," to exercise his **fundamental right** to exchange his private property for money (which private transaction—apart from a chain of evidence giving rise to a presumption that "DUSTIN TILLMAN GANT" is engaged in federally-privileged activities, including a "trade or business"—cannot be taxed with an indirect, excise/income tax according to decisions of the Supreme Court), and is the **private trust property** of the Affiant, **Dustin-Tillman :Gant**, being Sole Beneficiary of said National Private Business Trust and holding **Equitable Title by Nature** of said private trust property.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Signature

Notary Public Seal

Form **56**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

**(Internal Revenue Code Sections 6036 and 6903)**

**▶ Go to *www.irs.gov/Form56* for instructions and the latest information.**

OMB No. 1545-0013

## Part I Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| DUSTIN TILLMAN GANT, U.S. citizen; Florida File no. XX-029484 | XXXXX04015 | XXX-XX-4015 |

Address of person for whom you are acting (number, street, and room or suite no.)
c/o Rural Route County Road 727

City or town, state, and ZIP code (If a foreign address, see instructions.)
Webster, FL 33597

Fiduciary's name
dustin-tillman :gant Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen"

Address of fiduciary (number, street, and room or suite no.)
12123 County Road 727

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Webster State of Florida, ZIP Code Excepted [33597] | ( 35 ) 457-2651 |

### Section A. Authority

1 Authority for fiduciary relationship. Check applicable box:
- a ☐ Court appointment of testate estate (valid will exists)
- b ☐ Court appointment of intestate estate (no valid will exists)
- c ☐ Court appointment as guardian or conservator
- d ☐ Fiduciary of intestate estate
- e ☐ Valid trust instrument and amendments
- f ☐ Bankruptcy or assignment for the benefit or creditors
- g ☑ Other. Describe ▶ Registered Certification of Birth / Unilateral Contract of Trusteeship/Suretyship by Operation of Law

2a If box 1a, 1b, or 1d is checked, enter the date of death ▶

b If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ 03/08/1993
Date of the registration of "Certificate of Live Birth" of "DUSTIN TILLMAN GANT," Citrus County, Florida

### Section B. Nature of Liability and Tax Notices

3 Type of taxes (check all that apply): ☐ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment ☐ Excise ☐ Other (describe) ▶ N/A

4 Federal tax form number (check all that apply): a ☐ 706 series b ☐ 709 c ☐ 940 d ☐ 941, 943, 944 e ☐ 1040 or 1040-SR f ☐ 1041 g ☐ 1120 h ☐ Other (list) ▶ N/A

5 If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ N/A



**Exhibit 15: Annex C; Page 1 of 2**

## Part II Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☑

Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☑ Other. Describe ▶ Terminating Fiduciary is now Sole Beneficiary by means of a valid trust instrument; See Exhibit 15 of DOS

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ▶ ☐

**b** Specify to whom granted, date, and address, including ZIP code.

▶

### Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☑

▶ Trustees: Occupants of the offices of the President of the United States and Secretary of the Treasury of the United States

## Part III Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated |
|---|---|---|---|
| N/A | | | |
| Address of court | | | Docket number of proceeding |
| N/A | | | |
| City or town, state, and ZIP code | Date | Time ☐ a.m. ☐ p.m. | Place of other proceedings |
| N/A | | | |

## Part IV Signature

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ [signature] Fiduciary's signature | Grantor-Settlor / Beneficiary Title, if applicable | July 10, 2026 Date



**Exhibit 15: Annex C; Page 2 of 2**

Form **8822-B** (Rev. December 2019) Department of the Treasury Internal Revenue Service

# Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back. ▶ Do not attach this form to your return.
▶ Go to *www.irs.gov/Form8822B* for the latest information.

OMB No. 1545-1163

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check **all** boxes this change affects.

**1** ☐ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

**2** ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)

**3** ☑ Business location

**4a** Business name: DUSTIN TILLMAN GANT

**4b** Employer identification number: XX-XXX4015

**5** **Old mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

12123 COUNTY ROAD 727 WEBSTER, FL 33597

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| N/A | N/A | N/A |

**6** **New mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

C/O RURAL ROUTE 12123 COUNTY ROAD 727 WEBSTER FL 33597

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| N/A | N/A | N/A |

**7** **New business location** (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.

12123 County road 727Webster Florida, ZIP Code Excepted [33597]

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| State of Florida | Sumter County | N/A |

**8** **New responsible party's name**

dustin-tillman :gant Pre-March 9, 1933, Private American National Citizen / Non-"U.S. citizen"

**9** **New responsible party's SSN, ITIN, or EIN. (CAUTION: YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.)**

See W-8BEN

**10** **Signature.** Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ▶ 352-457-2651

**Sign Here**

▶ [signature] Signature of owner, officer, or representative — Date: July 10, 2026

▶ Agent of Record / Grantor-Settlor / Sole Beneficiary of the Name and Estate of DUSTIN TILLMAN GANT
Title

## Where To File

Send this form to the address shown here that applies to you.

**Exhibit 15: Annex D; Page 1 of 1**

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

Form SS-5 (10-2021) UF
Use (11-2019) UF Until Stock Is Exhausted
SOCIAL SECURITY ADMINISTRATION

**Exhibit 15: Annex E; Page 1 of 1**



OMB No. 0960-0066

# Application for a Social Security Card

| | | | | |
|---|---|---|---|---|
| 1 | NAME TO BE SHOWN ON CARD | First: DUSTIN | Full Middle Name: TILLMAN | Last: GANT |
| | FULL NAME AT BIRTH IF OTHER THAN ABOVE | First: N/A | Full Middle Name: N/A | Last: N/A |
| | OTHER NAMES USED | | | |
| 2 | Social Security number previously assigned to the person listed in item 1 | X X X - X X - 4 0 1 5 | | |
| 3 | PLACE OF BIRTH (Do Not Abbreviate) | City: HOMOSASSA | State or Foreign Country: FLORIDA | Office Use Only: FCI |
| 4 | DATE OF BIRTH | 03/08/1993 (MM/DD/YYYY) | | |
| 5 | CITIZENSHIP (Check One) | ☒ U.S. Citizen ☐ Legal Alien Allowed To Work ☐ Legal Alien Not Allowed To Work(See Instructions On Page 3) ☐ Other (See Instructions On Page 3) | | |
| 6 | ETHNICITY N/A Are You Hispanic or Latino? (Your Response is Voluntary) ☐ Yes ☐ No | | | |
| 7 | RACE N/A Select One or More (Your Response is Voluntary) | ☐ Native Hawaiian ☐ Alaska Native ☐ Asian ☐ American Indian ☐ Black/African American ☐ Other Pacific Islander ☐ White | | |
| 8 | SEX N/A | ☐ Male ☐ Female | | |
| 9 | A. PARENT/ MOTHER'S NAME AT HER BIRTH | First: JULIA | Full Middle Name: ANN | Last: VAUGHN |
| | B. PARENT/ MOTHER'S SOCIAL SECURITY NUMBER (See instructions for 9B on Page 3) | ☒ Unknown | | |
| 10 | A. PARENT/ FATHER'S NAME | First: DALE | Full Middle Name: LYNN | Last: GANT |
| | B. PARENT/ FATHER'S SOCIAL SECURITY NUMBER (See instructions for 10B on Page 3) | ☒ Unknown | | |
| 11 | Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before? | ☒ Yes (If "yes" answer questions 12-13) ☐ No ☐ Don't Know (If "don't know," skip to question 14.) | | |
| 12 | Name shown on the most recent Social Security card issued for the person listed in item 1 | First: DUSTIN | Full Middle Name: TILLMAN | Last: GANT |
| 13 | Enter any different date of birth if used on an earlier application for a card | 03/02/1993 (MM/DD/YYYY) | | |
| 14 | TODAY'S DATE | 07/15/2026 (MM/DD/YYYY) | | |
| 15 | DAYTIME PHONE NUMBER | Area Code: 352 | Number: 457-2651 | |
| 16 | MAILING ADDRESS (Do Not Abbreviate) | Street Address, Apt. No., PO Box, Rural Route No.: C/O RURAL ROUTE 12123 COUNTY ROAD 727 | | |
| | | City: WEBSTER | State/Foreign Country: FLORIDA | ZIP Code: 33597 |

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| | | | |
|---|---|---|---|
| 17 | YOUR SIGNATURE: Dustin-Tillman Gant; Agent | 18 | YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS: ☐ Self ☐ Natural Or Adoptive Parent ☐ Legal Guardian ☒ Other Specify Beneficiary |

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

| | | | | | |
|---|---|---|---|---|---|
| NPN | | DOC | NTI | CAN | ITV |
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL DATE

# NOTICE OF CORRECTION

## OF

## SOCIAL SECURITY AGREEMENT NUMBER RECORD

## FOR

## Florida Registered Organization

## "DUSSTIN TILLMAN GANT"
## File No. XX-029484
## Federal SSN/TIN: XXX-XX-4015

## By the Lawful Man:

## Dustin-Tillman :Gant

**Agent of Record for "DUSTIN TILLMAN GANT"**
**Sole Beneficiary of the Name and Estate of**
**"DUSTIN TILLMAN GANT"**
**Pre-March 9, 1933, Private Citizen of the United States of America**
**Pre-March 9, 1933, Private American National; Non-"U.S. citizen"**
**Pre-March 9, 1933, Private Citizen of the Sovereign**
**Nation/State/Country of Private Residence at Common Law and Equity**
**Pursuant to Section 1 of the Fourteenth Amendment**
**To the Constitution for the United States of America**

# Affidavit of Dustin-Tillman :Gant, 15 of 16

**Notice of Correction of Social Security Agreement / Number Record**
**For Florida Registered Organization**
**"DUSTIN TILLMAN GANT"**
**State File No. XX-029484; Federal SSN/TIN: XXX-XX-4015**

COMES NOW AFFIANT, **Dustin-Tillman :Gant**, *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that Affiant is a non-statutory, **Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen"** and hereby amends and corrects the Social Security Agreement / Number Record (Form SS-5) entered into with the Social Security Administration of the temporary emergency war powers military government of the United States and declares as follows:

1. The "Date of Birth" for Florida Registered Organization "DUSTIN TILLMAN GANT" is March 08,, 1993 the day Affiant's "Certificate of Live Birth" was filed with the Citrus County Clerk Registrar, the Lawful Man, **Dustin-Tillman :Gant**, having been born in Inverness, Florida on March 02, 1993; and,

2. Affiant is no longer the Surety primarily liable / trustee / fiduciary / lessee / for said Florida Registered Organization "DUSTIN TILLMAN GANT" evidenced by the attached "**Release With Consideration**" (Exhibit 3) of this "**Declaration of Status of Dustin-Tillman :Gant**"; and,

3. Affiant, evidenced by the attached "**Rescission of Signatures of Suretyship**" (Exhibit 4), has rescinded all **signatures of suretyship** ever provided for Florida Registered Organization "DUSTIN TILLMAN GANT," ***Nunc Pro Tunc Ab Initio,*** from the day said "Certificate of Live Birth" was filed by said Clerk Registrar, said signatures of suretyship now being signatures of agency; and,

4. Affiant, having been restored to his former Pre-March 9, 1933, Private American National Citizenship status held by all American citizens prior to March 9, 1933, is now the **Sole Beneficiary** of the Name and Estate of Florida Registered Organization "DUSTIN TILLMAN GANT," including all monies, assets and property held in trust by any party, federal or state, public or private and domestic or foreign during this national banking emergency / state of war; and,

5. Affiant is now the Agent of Record for Florida Registered Organization "DUSTIN TILLMAN GANT," by which commercial vessel, being insured by said Social Security Administration, Account No. XXX-XX-**4015,** Affiant interfaces in domestic and foreign commerce, holding all **equitable right, title and interest** by nature in all property acquired by Affiant and held in the Name and Estate of his Principal, "DUSTIN TILLMAN GANT," for which the Secretary of the Treasury is the Trustee administering the Commander in chief's legal title thereto due to the Commander in chief's (FDR's) military seizure of all registered property, including every "**person, place and thing**" within the United States of America, on March 6, 1933, via Proclamation 2039, "approved and confirmed" by Congress via the "Emergency Banking Relief Act" (12 USC 95a-b moved to a footnote of 50 USC 4505(b)) on March 9, 1933, the Commander in chief (FDR) continuing said Proclamation 2039 indefinitely via Proclamation 2040 later issued on March 9, 1933.

***Maxim: "Equity regards as done that which ought to have been done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

Dustin-Tillman :Gant (signature)

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** ) ss:
**County of Sumter** )

On July 10, 2026 before me, Catherine Michelle White,
personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.
I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White (signature)
Notary Public Signature

Notary Public Seal

# Special and Private Trust Indenture

## Governing the Special Use of National Private Business Trust

## "DUSTIN TILLMAN GANT"

### National Private Business Trust Name

**"DUSTIN TILLMAN GANT"**

### Parties

**National Private Business Trust "DUSTIN TILLMAN GANT"**

Exact Full Legal Name: **DUSTIN TILLMAN GANT**
Address: **C/O 12123 County Road 727**
City: **Webster**
State: **FL**
Postal Code: **33597**
Type of Organization: **Non-Statutory, National Private Business Trust**
Country: **UNITED STATES OF AMERICA**
INDIVIDUAL is an **Artificial Person**
INDIVIDUAL is a **PROPERTY HOLDER** by Nature of Trust property
Including the "Estate of DUSTIN TILLMAN GANT"
INDIVIDUAL is a **Public "U.S. citizen" of the United States**

### TRUSTEES

1. The occupant of the Office of the President of the United States;
2. The occupant of the Office of the Secretary of Treasury, Trustee;
3. All Successors and Assigns and their agents with or without notice.

***Maxim: "No trust shall fail for want of a trustee."***

**Sole Beneficiary: Pre-March 9, 1933, Private Citizen of the United States Under Exclusive Equity Jurisdiction Governed Under the Maxims of Equity**

Name: **Dustin-Tillman :Gant**
Mailing Address12123 County Road 727
City: **Webster**
State: **Florida**
Postal Code: **Excepted** [*33597*]
Country: **United States of America**
Country: **State of Florida**
Individual is a **Lawful Man/Natural Person**
Individual is a **Sole Beneficiary** by Nature of all Trust property
Including the "Estate of DUSTIN TILLMAN GANT"
Individual is a *de jure* **Pre-March 9, 1933, Private Citizen of the United States; Private American National; Non-"U.S. citizen"; American Freeman**

***Maxim: "Equity regards the Beneficiary as the true owner."***

## Indenture

1. This Indenture is to serve as a basic guideline for the parties of this irrevocable, National Private Business Trust (hereinafter "the Trust).

2. This Indenture shall be governed by the Maxims of American Equity to be followed by a constitutionally-created Court of Record, federal and/or state, proceeding according to a non-emergency war powers, **civilian due process of law** in exclusive American Equity jurisdiction following American Equity Jurisprudence.

## Terms

3. The purpose and intent of this Trust in exclusive Equity is to settle all claims against the interests and person of Sole Beneficiary, including but not limited to the Trust.

4. The Agent of Record without recourse shall act on behalf of the Trust and its Trustees in the acquisition of trust res, both real and personal.

5. The Agent of Record without recourse shall act on behalf of the Trust in all matters, public or private, affecting the Trust.

6. All property, real and personal, deemed trust res, shall be held and/or titled, publicly and/or privately, in the name of the Trust.

7. All property shall be acquired for the benefit of the Sole Beneficiary holding Equitable Title by Nature to all trust res of the Trust.

8. Trustees are herein granted, empowered and otherwise fully authorized the broad powers necessary to fulfill the intent and purpose of the Trust. These powers include, but are not limited to, the discharge of obligations of the Trust upon the order of Sole Beneficiary, accompanied with an assignment of trust res (a Private Bill of Exchange) in the value of the obligation, to Trustees.

9. Trustees shall provide identification, including a passport, driver's license, and a national concealed carry permit titled in the name of the Trust, DUSTIN TILLMAN GANT, for use of Beneficiary during this temporary state of national banking emergency and state of war commenced against the once sovereign American People on March 9, 1933, via the "Emergency Banking Relief Act" (12 USC 95a-b, omitted from Title 12 and moved to a footnote of 50 USC 4305(b)) and Proclamation 2040 promulgated on March 9, 1933.

10. Illegal or unlawful use of the Trust shall not be imputed to the Grantor-Settlor (Dustin-Tillman :Gant) nor to the Sole Beneficiary (Dustin-Tillman :Gant).

11. In both criminal prosecutions and civil actions, at no time shall the Trustees or the Agent of Record, being also Sole Beneficiary of National Private Business Trust DUSTIN TILLMAN GANT, consent to a **Breach of this Trust**, including, but not limited to, consenting to a federally-conferred, emergency war powers military due process of law proceeding according to the course of American Admiralty jurisprudence, against either the Trust as defendant or against the Sole Beneficiary, being in law and in fact a third party of interest (falsely presumed to be the defendant via presumed joinder to the defendant), by which said military due process of law in both federal and state courts, said courts sitting in a federally-conferred temporary emergency war powers military jurisdiction proceeding according to the mode and course of American Admiralty Jurisprudence, obtain personal, *in personam* jurisdiction over their "enemy" defendants during this "temporary" state of this *de facto*, permanent national banking emergency and state of war waged on the once sovereign American People since March 9, 1933, to the present, now 2026.

**12.** Further, should any officer of any court, national (federal) or state, in violation of his or her oath to uphold the Constitution of the United States and the Constitution of the State, commit a **Breach of this Trust** by proceeding with the usual, federally-conferred, emergency war powers military jurisdiction due process proceeding, criminal or civil, pursuant to **50 USC 4316**, in violation of the Trust's constitutional right to **a Civilian Due Process of Law** secured by the national (federal) constitution's Fifth Amendment, Section 1 of the Fourteenth Amendment and the foregoing terms of this Trust Indenture, said officer will incur a **one hundred-thousand dollar ($100,000.00) charge** to be attached to his/her insurance bond, said charge in the form of a UCC lien to be placed on the commercial record. Said charges are as follows:

**Fee Schedule**

**a.** Setting the Court to proceed in an emergency war powers military due process of law as opposed to a peacetime civilian due process of law; and/or,

**b.** Presuming Affiant, the man with an Upper-and-Lower case name, is the surety for the legal fiction defendant with an all Upper-case name of war; and/or,

**c.** Presuming Affiant has made an appearance for any reason whatsoever after Affiant has stated for the record and entered into evidence the facts proving Affiant is not the defendant but rather a third party, real party of interest, the Sole Beneficiary and Agent of Record for the defendant; and/or,

**d.** Entering a plea of "Not Guilty" for Affiant presuming joinder with defendant.

***"He that is surety for a stranger shall smart for it; and he that hateth suretyship is sure."***

***Proverbs 11:15 (KJV)***

**13.** This Indenture shall be amended by the Grantor-Settlor/Sole Beneficiary at the discretion of the Grantor-Settlor/Sole Beneficiary.

## Duration

**14.** Duration of this Indenture shall be perpetual unless the Trust is terminated at the discretion of the Grantor-Settlor/Sole Beneficiary or his assigns.

**End of Indenture**

Further Affiant Sayeth Not.

______________________________
**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sumter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Catherine Michelle White
Notary Public Signature

Notary Public Seal

# Affidavit of Dustin-Tillman :Gant, 16 of 16
## Claim of Equitable Title by Nature to Trust Property

COMES NOW Affiant, **Dustin-Tillman :Gant**, a Lawful Man, *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly declares that the following statements are true and correct to the best of his knowledge and experience:

## Pre-March 9, 1933, Private American Citizenship Status

1. By virtue of this "**Declaration of Status of Dustin-Tillman :Gant**" (hereinafter "**DOS**"), including its attached previous fifteen exhibits, Affiant is a member and Heir of the Preamble's Constitutional Posterity, one of "**We the People of the United States of America**" and a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private State Citizen / Private State National of the sovereign Union Nation / State wherein he privately resides at American Common Law and American Equity, without the temporary emergency war powers military jurisdiction of the "United States" presently under emergency war powers military occupation since March 9, 1933; and,

2. By virtue of said **DOS**, Affiant is not a "**person**" defined by the "Trading With the Enemy Act" of October 6, 1917, as amended by the "Emergency Banking Relief Act" of March 9, 1933, (50 USC App. 5(b) now 50 USC 4305(b) and 12 USC 95a-b omitted from Title 12 and footnoted at 50 USC 4305(b)); and,

3. By virtue of said **DOS**, Affiant is not an "**enemy,**" "**ally of enemy,**" "**alien,**" "**hoarder,**" "**rebel,**" or "**outlaw**" of the United States as defined by the "Trading With the Enemy Act" (50 USC App. 2(c) now 50 USC 4302(c)), nor is Affiant a "**belligerent**" as defined by Article 23(h) of the Hague Convention; and,

4. By virtue of said **DOS**, Affiant is a *de jure*, lawful, Constitutional "**national**" protected by Article 23(h) of the Hague Convention, whose rights—**specifically Affiant's right to a civilian due process of law on both a federal/national and state level**—cannot be "abolished, suspended or inadmissible in a Court of law" by the temporary Emergency War Powers Military Government, its land, naval and air forces occupying the geographic "United States," both the States and Territories deemed to be "conquered territories," from March 9, 1933, to the present; and,

5. By virtue of said **DOS**, Proclamation 2040 of March 9, 1933, imposing temporary Emergency War Powers military government (legislative, executive and judicial), congressionally "approved and confirmed" by Section 1 of the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a omitted from Title 12 and footnoted at 50 USC 4305(b)), does not apply to Affiant; and,

6. By virtue of said **DOS**, Executive Order 6102, based upon said "Trading With the Enemy Act" ("Section 5(b) of the Act of October 6, 1917") as amended by the "Emergency Banking Relief Act" ("Section 2 of the Act of March 9, 1933" being 12 USC 95a-b omitted from title 12 and footnoted at 50 USC 4305(b)), said Executive Order issued on April 5, 1933, requiring that "all gold coin, gold bullion and gold certificates" owned by the "**person[s]**" defined by the "Trading with the Enemy Act" of 1917 as amended by the "Emergency Banking Relief Act" of 1933, to be delivered to a Federal Reserve Bank or member bank of the Federal Reserve System by socialist-communist / socialist-fascist / Jesuit-Freemasonic-Illuminist May 1, 1933, does not apply to Affiant; and,

7. By virtue of said **DOS**, Affiant's **Property**, now seized due to the necessities of war by the present Emergency War Powers *de facto* military government holding legal title by characteristic thereto, can be administered on behalf of Affiant holding equitable title to said Property, the Secretary of the Treasury of said Emergency War Powers military government, aided by its Treasurer acting as a custodian of said Property, including said "gold coin, gold bullion and gold certificates," while continuing to manage said Property according to the rules of usufruct in accordance with Article 55 of the Hague Convention; and,

## Claim of Equitable Title by Nature to Trust Property

8. By virtue of said **DOS**, Affiant, holds **Equitable Title by Nature** to all **Trust Property**, including certain American "gold coin, gold bullion and gold certificates," as well as all trust fund accounts, be they city, county, state, federal and / or international, listed in the name of "DUSTIN TILLMAN GANT," or any other commercial *nom de guerre* / Name of War, held by any State treasury, as well as the United States Treasury and / or its commercial banking depositaries, unless another Claimant, holding the same constitutionally-secured, non-statutory, Fourteenth Amendment, national citizenship status of Affiant, has made both a prior and equal **Claim of Equitable Title by Nature** to said certain "gold coin, gold bullion and gold certificates" as well as to said special trust accounts; and,

**9.** By virtue of said **DOS**, despite the "Gold Reserve Act" of January 30, 1934, by which Act the provisional, Emergency War Powers Congress vested legal "title to the entire stock of monetary gold in the United States, including the gold coin and gold bullion heretofore held by the Federal Reserve Banks and the [*legal*] claim upon gold in the Treasury represented by gold certificates" to the temporarily-imposed, Emergency War Powers, militaristic, "United States Government" in service of the pope of Rome and his military Company of the Society of Jesus, Affiant retains his **Equitable Title by Nature** to, and therefore the **Beneficial Use** of, said "gold coin, gold bullion and gold certificates." This right to the equitable use of said property in possession of the Secretary of the Treasury includes Affiant's right to make, issue, sign and indorse Private Bills of Exchange for equitable conversion of said equitable title to said equitable assets held in the Name and Estate of "DUSTIN TILLMAN GANT" upon presentment to the Secretary of the Treasury or its agent, the Open Market Desk of the Federal Reserve Bank in New York City, exclusively for the **discharge of obligations** of Affiant's Principal, "DUSTIN TILLMAN GANT," of which Principal's Estate Affiant is Sole Beneficiary holding **Equitable Title by Nature** to all property and assets thereof in possession of any person or party, public and / or private, within or without the geographic fifty Union / Nation States composing the true, constitutionally-created, greatest nation in world history, "**These United States of America**."

**10.** Therefore, based upon the above, Affiant, hereby makes his **Claim of Equitable Title by Nature** to all **Trust Property** held by the provisional, emergency war powers military government of the United States on behalf of Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," **Dustin-Tillman :Gant**, during this temporary state of declared national banking emergency / state of war since March 9, 1933.

***Maxim: "Equity regards as Done that which Ought to have been Done."***

Further Affiant Sayeth Not.

Further Affiant Sayeth Not.

Dustin-Tillman :Gant

**Dustin-Tillman :Gant**
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of Florida
Special and Private Resident of the County of Sunter
Agent of Record without recourse / without prejudice for
"DUSTIN TILLMAN GANT"
Sole Beneficiary of the Name and Estate of
"DUSTIN TILLMAN GANT"
All Rights Reserved Without Prejudice

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

**State of Florida** )
**Sumter County** )

On July 10, 2026 before me, Catherine Michelle White, personally appeared **Dustin-Tillman :Gant** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Catherine Michelle White

Notary Public Signature

CATHERINE MICHELLE WHITE
Notary Public - State of Florida
Commission # HH 498551
My Comm. Expires Apr 20, 2028
Bonded through National Notary Assn.

Notary Public Seal

The End